**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Mantissa Corporation,                                   :
                                                                     :
                            Plaintiff,                         :
                                                                     :
                v.                                                 :        Civil Action No. _____
                                                                     :
Ondot Systems, Inc., Lone Star               :        **JURY DEMANDED**
National Bank, and Lone Star                    :
National Bancshares-Texas, Inc.             :
                                                                     :
                            Defendants.                    :


## COMPLAINT

Mantissa Corporation (hereinafter "Plaintiff" or "Mantissa") files this Complaint against

Defendants Ondot Systems, Inc., Lone Star National Bank, and Lone Star National Bancshares-

Texas, Inc.,  ("Defendants"), and alleges as follows:


## PARTIES

1.        Plaintiff Mantissa is an Alabama corporation with its principal place of business

at 1012 Edenton St., Birmingham, AL 35242-9258.

2.        On information and belief, Defendant Ondot Systems, Inc. ("Ondot") is a

Delaware Corporation with its principal place of business at 2001 Gateway Place, 435 East

Tower, San Jose, CA 95110. The address of record with the California Secretary of State is 2680

North First Street, #200, San Jose 95134.

3.        On information and belief, Defendant Lone Star National Bancshares-Texas, Inc.

is a Texas Corporation with its principal place of business at 520 East Nolana Avenue, McAllen,

TX 78504.

4.       On information and belief, Defendant Lone Star National Bank is a subsidiary of Lone Star National Bancshares-Texas, Inc. with its principal place of business at 520 E. Nolana Ave., McAllen, TX 78504 (Lone Star BancShares-Texas, Inc. and Lone Star National Bank will be collectively referred to as "Lone Star").

## JURISDICTION AND VENUE

5.       This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §271 *et seq*.  The Court has original jurisdiction over this patent infringement action under 28 U.S.C. §§ 1331 and 1338(a).

6.       On information and belief, Defendants have committed acts and continue to commit acts of infringement within this judicial district giving rise to this action. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and § 1400.

7.       The court has personal jurisdiction over Lone Star because it is registered to conduct, has conducted and does conduct business within the State of Texas and its principal place of business is located in this District.

8.       This Court has personal jurisdiction over Ondot because Ondot has sufficient contacts with the State of Texas and this District to permit the exercise of personal jurisdiction. Upon information and belief, Ondot has transacted business in this District, continues to transact business in this District, has committed and/or induced acts of infringement in this District, and continues to commit and/or induce acts of infringement in this District.

## BACKGROUND

9.       On August 17, 2010, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 7,779,456 (the "'456 Patent"), titled "System and

Method for Enhanced Protection and Control Over the Use of Identity." On February 17, 2015, the USPTO duly and legally issued a Certificate of Correction to the '456 Patent. Mantissa is the exclusive licensee of the '456 Patent, and holds all substantial rights and interest in the '456 Patent. A copy of the '456 Patent is attached as Exhibit A and is incorporated herein by reference.

10.      On January 8, 2013, the USPTO duly and legally issued U.S. Patent No. 8,353,027 (the "'027 Patent"), titled System and Method for Enhanced Protection and Control Over the Use of Identity." On February 17, 2015, the USPTO duly and legally issued a Certificate of Correction to the '027 Patent. Mantissa is the exclusive licensee of the '027 Patent, and holds all substantial rights and interest in the '027 Patent. A copy of the '027 Patent is attached as Exhibit B and is incorporated herein by reference.

## INFRINGEMENT OF THE '456 and '027 PATENTS

11.      Defendants are in the business of, among other things, making, using, offering for sale and selling products, systems, and services, including but not limited to Defendants' products for debit and/or credit card control, monitoring, and management that infringe the '456 Patent and the '027 Patent, both directly and indirectly.

12.      The manufacture, use, offering for sale and sale of these debit and/or credit card control, monitoring, and management products and services or other similar access control products and services, infringe the '456 Patent and the '027 Patent because they perform the steps recited in the claims of the patents and the products and services allow users to set preferences limiting access to use of debit and/or credit cards.

13.      Defendants have committed, and continue to commit, direct acts of infringement of' the '456 Patent and the '027 Patent by making, using, offering to sell and selling products,

systems and services embodying the patented invention, including, but not limited to, the Lone Star LSNB Card Manager and the Ondot Card Control Product line.

14.     Defendants have had knowledge of and notice of the '456 Patent and the '027 Patent and its infringement at least, and through the receipt of a letter sent to Defendants on September 13, 2014 and despite this knowledge continue to commit the aforementioned infringing acts.  Defendants' knowledge of the '456 and/or the '027 Patents in advance of the filing and service of the Complaint will be a subject of discovery.

15.     Defendants' past and continued acts of infringement of the '456 Patent and the '027 Patent have caused damage to Plaintiff.  Plaintiff is entitled to recover damages from Defendants in an amount subject to proof at trial, but in no event less than a reasonable royalty for Defendant's infringement together with interest and costs as fixed by the Court under 35 U.S.C. § 284.

16.     Defendants' infringement of the '456 Patent and the '027 Patent will continue to damage to Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless Defendants are enjoined by this Court from further acts of infringement.

## JURY DEMAND

17.     Plaintiff demands a trial by jury.

## CAUSES OF ACTION

### PATENT INFRINGEMENT OF THE '456 PATENT – 35 U.S.C. § 271

18.     Plaintiff incorporates by reference each of the allegations in paragraphs 1-17 above and further alleges as follows:

19.     Defendants have violated, and continue to violate, 35 U.S.C. § 271 *et seq*. Specifically, Defendants have committed, and continue to commit, acts of infringement of the '456 Patent by making, using, offering for sale and selling products, systems and services embodying the patented invention.

20.     Defendants have induced, and continue to induce, infringement of the '456 Patent by making, using, offering to sell and selling products, systems and services embodying the patented invention.  By placing the infringing debit and/or credit card control, monitoring, and management products in software for which there is not a substantially non-infringing use, Defendants induce infringement of, at a minimum the method claims on the part of a third party.

21.     Defendants have committed, and continue to commit acts of contributory infringement of the '456 Patent, including but not limited to, by making, using, offering to sell and selling products, systems and services embodying the patented invention.  By placing the infringing debit and/or credit card control, monitoring, and management products for which there is not a substantially non-infringing use in software, Defendants contribute to infringement on the part of third parties.

22.     Defendants have committed, and continue to commit acts of infringement of the '456 Patent under the Doctrine of Equivalents in addition to the above allegations of direct, contributory and inducement of infringement.

23.     Defendants' past and continued acts of infringement of the '456 Patent has caused damage to Plaintiff.  Plaintiff is entitled to recover damages from Defendants in an amount subject to proof at trial, but in no event less than a reasonable royalty for Defendants' infringement together with interest and costs as fixed by the Court under 35 U.S.C. § 284.

24.     Defendants' infringement of the '456 Patent will continue to damage Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless Defendants are enjoined by this Court from further acts of infringement.

25.     Defendants' conduct in infringing the '456 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## PATENT INFRINGEMENT OF THE '027 PATENT- 35 U.S.C. § 271

26.     Plaintiff incorporates by reference each of the allegations in paragraphs 1-25 above and further alleges as follows:

27.     Defendants have violated, and continue to violate, 35 U.S.C. § 271 *et seq*. Specifically, Defendants have committed, and continue to commit, acts of infringement of the '027 Patent by making, using, offering for sale and selling products, systems and services embodying the patented invention.

28.     Defendants have induced, and continue to induce, infringement of the '027 Patent by making, using, offering to sell and selling products, systems and services embodying the patented invention.  By placing the infringing debit and/or credit card control, monitoring, and management products in software for which there is not a substantially non-infringing use, Defendants induce infringement of, at a minimum the method claims on the part of a third party.

29.     Defendants have committed, and continue to commit acts of contributory infringement of the '027 Patent, including but not limited to, by making, using, offering to sell and selling products, systems and services embodying the patented invention.  By placing the infringing debit and/or credit card control, monitoring, and management products for which there is not a substantially non-infringing use in software, Defendants contribute to infringement on the part of third parties.

30.     Defendants have committed, and continue to commit acts of infringement of the '027 Patent under the Doctrine of Equivalents in addition to the above allegations of direct, contributory and inducement of infringement.

31.     Defendants' past and continued acts of infringement of the '027 Patent has caused damage to Plaintiff.  Plaintiff is entitled to recover damages from Defendants in an amount subject to proof at trial, but in no event less than a reasonable royalty for Defendants' infringement together with interest and costs as fixed by the Court under 35 U.S.C. § 284.

32.     Defendants' infringement of the '027 Patent will continue to damage Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless Defendants are enjoined by this Court from further acts of infringement.

33.     Defendants' conduct in infringing the '027 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## REMEDIES AND PRAYER FOR RELIEF

### PERMANENT INJUNCTION – 35 U.S.C. § 283

34.     Plaintiff incorporates by reference each of the allegations in paragraphs 1-33 above and further alleges as follows:

35.     As a result of Defendants' past and continuing infringement of the '456 Patent and the '027 Patent, Plaintiff has suffered and will continue to suffer irreparable injury, for which there is no adequate remedy at law.  Unless enjoined by this Court, Defendants will continue to infringe, induce infringement, and contribute to the infringement of the '456 Patent and the '027 Patent.

36.     Accordingly, in addition to monetary damages, Plaintiff also seeks a permanent injunction to prevent Defendants' continued infringement of the '456 Patent and the '027 Patent.

## PRAYER FOR RELIEF

Plaintiff respectfully prays for relief against Defendant as follows:

(a)     for a judgment that Defendants have in the past infringed, and continue to infringe

U.S. Patent No. 7,779,456 and U.S. Patent No. 8,353,027;

(b)     for a permanent injunction enjoining Defendants and all those in privity with

Defendants from further infringement of the claims of U.S. Patent No. 7,779,456 and U.S. Patent

No. 8,353,027;

(c)     for an award of damages against Defendants in an amount to be proven at trial,

but in no event less than a reasonable royalty;

(d)     for an award of costs and expenses incurred in prosecuting this action;

(e)     for an award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise

permitted by law;

(f)     for pre- and post-judgment interest at the maximum allowable rate under the law;

and

(g)     for such other and further relief as this Court may deem appropriate either at law

or in equity.

Respectfully submitted,

/s/ James A. Glenn
James A. Glenn
Texas Bar No:  24032357
Novak Druce Connolly Bove + Quigg LLP
1000 Louisiana Street
Fifty-Third Floor
Houston, TX 77002
Tel: (713) 571-3400
Fax: (713) 456-2836

# Exhibit A

US007779456B2

(12) **United States Patent**

Dennis et al.

(10) Patent No.: **US 7,779,456 B2**

(45) **Date of Patent:** **Aug. 17, 2010**

(54) **SYSTEM AND METHOD FOR ENHANCED PROTECTION AND CONTROL OVER THE USE OF IDENTITY**

(76) Inventors: **Gary M Dennis**, 795 Valleyview Rd., Indian Springs, AL (US) 35124; **Sharon D. Dennis**, 795 Valleyview Rd., Indian Springs, AL (US) 35124

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 960 days.

(21) Appl. No.: **11/115,239**

(22) Filed: **Apr. 27, 2005**

(65) **Prior Publication Data**

US 2006/0248593 A1     Nov. 2, 2006

(51) **Int. Cl.**
*H04L 9/32* (2006.01)
*H04L 9/12* (2006.01)

(52) **U.S. Cl.** .................................. **726/7**; 726/5; 705/52

(58) **Field of Classification Search** .................... 705/2, 705/44, 51–54, 75–76, 405; 726/5–7, 21, 726/17–19, 28–30; 713/165–166, 161
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,061,791 | A | 5/2000 | Moreau |
| 6,332,134 | B1 | 12/2001 | Foster |
| 6,529,885 | B1 | 3/2003 | Johnson |
| 6,711,685 | B1 * | 3/2004 | Schaal et al. .................. 726/31 |
| 6,811,082 | B2 | 11/2004 | Wong |
| 2001/0032192 | A1 * | 10/2001 | Putta et al. .................... 705/76 |
| 2002/0004831 | A1 | 1/2002 | Woodhill |
| 2002/0025797 | A1 | 2/2002 | Joao et al. |
| 2002/0059430 | A1 * | 5/2002 | Orbke et al. ................ 709/227 |
| 2003/0028481 | A1 | 2/2003 | Flitcroft et al. |
| 2003/0037233 | A1 * | 2/2003 | Pearson ...................... 713/156 |
| 2003/0065626 | A1 * | 4/2003 | Allen ........................... 705/76 |
| 2003/0070101 | A1 | 4/2003 | Buscemi |
| 2003/0208439 | A1 | 11/2003 | Rast |
| 2004/0004117 | A1 | 1/2004 | Suzuki |
| 2004/0111329 | A1 | 6/2004 | Moore |
| 2004/0139025 | A1 * | 7/2004 | Coleman ..................... 705/51 |
| 2004/0215980 | A1 * | 10/2004 | Hamid ....................... 713/201 |
| 2005/0137984 | A1 * | 6/2005 | Nguyen et al. ............... 705/51 |

FOREIGN PATENT DOCUMENTS

EP          0038147 A1 * 10/1981

* cited by examiner

*Primary Examiner*—Gilberto Barron, Jr.
*Assistant Examiner*—Venkat Perungavoor
(74) *Attorney, Agent, or Firm*—Steptoe & Johnson LLP

(57) **ABSTRACT**

A method of protecting use of an entity's identity is provided. The method comprises setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity, changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state, requesting use of the identity after the changing; and returning, after the requesting, the state back to the first state.

**29 Claims, 6 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4

Case 4:15-cv-01133   Document 1   Filed in TXSD on 04/29/15   Page 15 of 43

**Service Provider Login**                    Fig. 5





Interface                                                        Fig. 6

**201**

Service Provider - Identity Profile Account - - CACTUS          Date: 2005-04-06

*Add/Modify Identity Object*          **14**          **303, (12)**

**Object:** XYZPer          (Dropdown - One Option is Add)
**ID:** 565787          (Last 6 digits only)
**Type:** XYZ          (Dropdown Selectable type)
**Group:** Highlimit          (Dropdown - One Option is Add )
**Description:** Personal XYZco

**(Identity Attributes 13)**

**Name Set:** BusinessAdr          (Dropdown - one option is Add)
**Controls:** homebase, GPSLakePowel          (DropDown - One Option is Add)
Notify All y/: y

**300**

**Control Set - Add/ Modify**

Control Set Name: homebase          (Dropdown - One Option =Add New)
Controls-
     Origin Type:
          Time: 6am-8:30am 4:30am-10pm          **309**
          Area: Southeast, Texas, New York, South Africa

**Name Set - Add/ Modify**          **320**

Name Set: BusinessAdr          (Dropdown One Option =Add New)
First Name: Joe
Initial: E.
Last: Patent
Street 1: 102 Brown Street          **390**
Street 2: Apt/Box:
City:
State:          Zip Code:
Phone: 5555555555          **330**
Notification email: JoePatent@email.com

Recent Activity (Date ): Sort by Group, Object Type, Area, Response

| Date | Origin | Object | Type | Time | Area | Status |
|---|---|---|---|---|---|---|
| 2004-09-12 | Inperson | XYZ****** | Credit | 0959p | Texas | OK |
| 2004-09-10 | Inperson | US***** | Passport | 1245a | Sou A | OK |
| 2004-09-10 | Inperson | US***** | Passport | 0730a | New Y | OK |
| 2004-09-10 | Inperson | XYZ****** | Credit | 0802p | New Y | OK |
| 2004-09-06 | Inperson | XYZ****** | Credit | 200p | Texas | OK |
| 2004-09-05 | Inperson | XYZ****** | Credit | 435p | Texas | OK |
| 2004-09-03 | Inperson | XYZ****** | Credit | 959p | Texas | OK |

US 7,779,456 B2

**1**

## SYSTEM AND METHOD FOR ENHANCED PROTECTION AND CONTROL OVER THE USE OF IDENTITY

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the protection of identity by controlling access to use of an identity. More specifically, the present invention provides protection of the identity of an entity by placing limitations or conditions on its use, and whereby the entity's use-enabling identification information is not fully needed to authorize a transaction.

2. Discussion of Background Information

Identity information can be, and has been, exploited so as to cause an identity owner and other ancillary parties emotional and financial harm. Examples of misuse of identity range from impersonation to financial fraud, such as a fraudulent loan application, fraudulent credit instrument use, check fraud, and other transactional frauds. Tens of billions of dollars are lost each year in the United States alone due to identity theft, with estimates rising as of the writing of this application. This does not account for the additional cost of law enforcement efforts to capture and bring perpetrators to justice.

With the increased technical and Internet literacy of our culture, identity theft is no longer limited to instances where financial gain is the sole motive. Indeed, it has now become necessary not only to protect our most precious identification information from use by an unscrupulous stranger, but there must also be in place a system that allows an identity owner to protect his identification information from use by a known party such as a disgruntled employee. With the ability and ease that identification information can be used to commit fraud against an identity owner as well as the resulting added burden on courts and law enforcement, there is a need for a system to protect the identity of an entity from misuse at a more fundamental level.

Traditional responses to this problem have been inadequate. The most common response involves monitoring the use of identity resources and notifying a consumer after detection of an unusual use of the identity. For example, a credit card company can detect unusual purchase activity and contact the account holder to determine whether the charges were authorized. While such monitoring mitigates against any continuing misuse of identity, responsive action is generally limited to apportion the burden of the harm between the victimized parties and seek prosecution of the offender. Such methods are thus reactive in that the damage has already been done, and otherwise lack the ability to prevent or undo the ill effects of the damage in the first place.

Current technology, as disclosed in U.S. Pat. Nos. 6,529,885, 6,811,082, 6,817,521, and 6,332,134, highlights a fundamental failing in the current state of the art. Such prior mechanisms require the identity owner to either use a "smart instrument," carry his own credit scanning device, or use a bank as a third party to a transaction as common as the simplest purchase. While these prior patents illustrate an attempt to address the issue of protecting and managing financial transactions, the solutions they present lack broader financial and non-financial application, practicability and/or simply substitute one flawed mechanism of protection and management for another. This is true in part because an identity owner has no means of proactively controlling use of his identity and identification information with a system designed specifically for such control.

**2**

### SUMMARY OF THE INVENTION

Various embodiments of the invention improve security of identification information by giving an individual or other entity increased control over implied or direct use of his identity.

According to an embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity, changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state, requesting use of the identity after the changing; and returning, after the requesting, the state back to the first state.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The first state is a default state, and the returning occurs in response to completion of a use of the identity. The first state may comprise a default state, and the returning occurs in response to a predetermined number of uses of the identity, an elapse of a predetermined time after a predetermined event, or the earlier of the onset of the predetermined number of transactions and the predetermined time after the predetermined event. The predetermined event may comprise the changing, the requesting completion of a use of the identity which prompted the requesting, or dictated by a parameter within the second state. The use of the identity may comprise use of a credit card, debit card, check card, financial institution account number, brokerage account number, or other instrument provided by an account holder of record. The requesting may comprise transmitting, from a user of the identity to a service provider which maintains the state, a request for authorization to use the identity, where information in the request is insufficient to authorize the use of the identity.

According to another embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises attempting to use an identity at a source, forwarding first information relating to the use to a user affiliated with the source location, forwarding second information from the user to a service provider, the second information being different from the first information, determining, by the service provider, whether the use of the identity is consistent with a pre-registered intent of the entity, and sending, from the service provider to the user, a decision based on the determining, wherein the second information is insufficient in and of itself to authorize any related use of the identity.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The pre-registered intent of the user may comprise at least one of allowance of use, limitation of use, expansion of use, denial of use, or insufficient information to make a determination. The attempting to use may comprise entering information from a credit card or a debit card to facilitate a financial transaction, and the user is a company account holder of record of the credit card or debit card; making a request to access medical records of the entity, and the user is a healthcare related organization; making a request for a loan, and the user is a lender; or accessing a secure location, and the user is a security company.

According to yet another embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises establishing, by the user, a set of desired identification information parameters, sending, from the user to a service provider, the set, obtaining, by the service provider from the entity, information from the entity consis-

US 7,779,456 B2

3 4

tent with the set, storing the information provided by the obtaining, and using, by the service provider, at least some of the information provided in the obtaining to respond to a request by the user to authorize a use of the identity of the entity, wherein the user does not have direct access to the information provided by the entity and subject to the storing.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The set may comprise at least one of the entity's name, address, telephone number, personal identification number or biometric data. Preferably the user cannot authorize the use of the identity of the entity absent permission from the service provider. Preferably the service provider cannot provide the permission unless consistent with the intent of the entity as reflected in the results of the obtaining.

According to still yet another embodiment of the invention, there is provided a method of protecting use of an entity's identity. The method comprises storing, at a service provider, data representing first identification information of an entity, and at least one criteria capable of limiting the use of the identity, receiving, at a service provider, a request to determine whether the use of an entity's identity by a party is authorized for a requested application, the request including second identification information, comparing at least some of the first identification information with at least some of the second identification information, determining, based at least partially on a result of the comparing, whether the use of the identity by the identity-use-source is authorized for a particular application, and responding from the service provider to the identity-use-source consistent with the result of the determining.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The responding further comprises sending a response, the response indicating one of allowance of use, denial of use, or insufficient information to make a determination. The method may further comprise receiving, from the entity, the data representing the first identification information and the identity use criteria. The receiving or responding may further comprise receiving or responding through a Web page, customer service representative, switched wired network, wireless network, in person, or any of combination thereof. The storing, determining, or responding may further comprise storing, determining, or responding by a service provider that is an electronic computing device. The storing, determining, or responding may further comprise storing, determining, or responding by an electric computing device that further comprises hardware, software, or a combination of both hardware and software.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is further described in the detailed description which follows, in reference to the noted plurality of drawings by way of non-limiting examples of certain embodiments of the present invention, in which like numerals represent like elements throughout the several views of the drawings, and wherein:

FIG. **1** is a diagram depicting at a high level the interconnections between elements of a system capable of implementing a particular embodiment of the invention;

FIG. **2** is a diagram of a portion of an embodiment of the invention that depicts in more detail the interaction between and around the identity owner and the service provider;

FIG. **3** is a diagram of a portion of an embodiment of the invention that depicts in more detail the interaction between and around the user and the service provider;

FIG. **4** is a diagram depicting the service provider in more detail as well as depicting the interconnections between elements of a system capable of implementing a particular embodiment of the invention;

FIG. **5** depicts an example of a layer of security embodied by an electronic interface allowing an identity owner access to their identification information; and

FIG. **6** depicts an example of an electronic interface that displays the identity owner's identification information and allowing for management of the identification information by the identity owner.

## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENT

The particulars shown herein are by way of example and for purposes of illustrative discussion of the embodiments of the present invention only and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the present invention. In this regard, no attempt is made to show structural details of the present invention in more detail than is necessary for the fundamental understanding of the present invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the present invention may be embodied in practice.

Referring now to FIG. **1**, the elements of a particular embodiment are illustrated where a service provider **10**, a user **20** and an identity owner **30** interact to use an identity owner's identity and/or identification information. User **20** provides service provider **10** with an object template **16**. Object template **16** contains various fields that define the type(s) and nature of information that service provider **10** preferably accepts and/or stores for any particular identify owner(s) **30**. Identity owner **30** will in turn provide that information to service provider **10** for use in the authorization, limitation or denial of requests from user(s) **20** to use the identity of identity owner **30**.

At some later point in time, an attempt will be made at a source **27** to use the identity of identity owner **30**. The particulars of such use will be transmitted to user **20** either directly or indirectly through one or more agents **24**. User **20** then sends an identity state request **111** to service provider **10**, which requests authorization to complete the underlying transaction. Based on the information in identity state request **111** relative to information previously provided by identity owner **30**, service provider **10** will determine whether to authorize, limit or deny the requested use. Service provider **10** sends an appropriate response to user **20** in an identity state response **112**. User **20** in turn sends appropriate instructions to source **27** either directly or indirectly through one or more agents **24**.

In the preferred embodiment, identity state request **111** preferably includes at least enough information to allow service provider **10** to locate the account information of the particular identity owner **30** and to determine the corresponding user instructions. However, the information in identity state request **111** is preferably in and of itself insufficient to enable the use of the identity for its intended use, such that its capture or loss would not expose vital information. By way of non-limiting example, if the triggering event is use of a credit card, then the credit card company (user **20**) sends to service provider **10** in identity state request **111** the name, address and phone number of identity owner **30**, as well as the last four digits of the credit card. From this information, service provider **10** can determine whether use of the credit card is

**5**

authorized at that time. Yet the information in identity state request **111** is either public (name, address, and phone number being in phone books) and/or useless (four digits of a credit card being insufficient for a transaction). This provides a layer of protection to the use of the identity of an entity that is not confined to service provider **10**.

Referring now to FIG. **2**, identity owner **30** interfaces with service provider **10**, either directly or indirectly through a recorder **38** of service provider **10**. Service provider **10** stores identification information and corresponding state metadata **15**. (Metadata is understood in the electronic arts as data that is contained within an electronic file that is not necessarily needed to use the file, but rather contains information on the information within the file.) Identity state metadata **15** accompanies account profiles **14**, with one or more of account profiles **14** being associated with a particular identity owner **30**. Each account profile **14** preferably includes one or more identity objects **12**. Each identity object **12** preferably includes one or more identity attributes **13**. Identity attributes **13** represent identification information communicated to service provider **10** by identity owner **30** or an authorized surrogate of the identity owner **30**. All of this information may be stored in a repository **11**.

Service provider **10** is configured to allow identity owner **30** to set up, manage, and edit identification information stored in the corresponding account profile **14**. Access to the account profile **14** is preferably at least password protected to prevent unauthorized access to the identification information.

The information which identity owner **30** provides to service provider **10** reflects the intent of the identity owner **30** to, by way of non-limiting example allow, deny, limit, secure, protect or otherwise control a type of use of the identity of an entity. The nature and scope of the control and management of identity use is essentially unlimited and based only on the parameters as may be defined by user **20** and identity owner **30**. By way of non-limiting example, identity owner **30** could set up account profile **14** as follows:

(1) credit cards can only be used between 9 AM and 11 PM.

(2) medical information is available at all times but only to users **20** that are pre-authorized for health services (e.g., doctors, hospitals, pharmacies).

(3) applications for loans or new credit are never to be approved. Limitations such as the above establish default and real-time use control over the identity of an identity owner **30**. Attempts to use identity outside the authorized scope will be denied, preventing misuse before it takes place and identifying a possible fraud in progress for law enforcement response. If identity owner **30** needs to use its identity in a manner inconsistent with the above limitations, then identity owner **30** can modify account profile **14** in advance of such use and then return account profile **14** to its prior state (or any other desired state) after the need for the use concludes. It is also helpful for an identity owner **30** to be capable of modifying identification information on a whim, creating a real-time, or near real-time system that is fluid and constantly capable of meeting the needs of identity owner **30** while securing the identification information.

Based on use limitations in account profile **14**, service provider **10** will advise user **20** as to whether or not the transaction is approved or not in identity state response **112**. Preferably, identity state response **112** is similar to identity state request **111** in that the information sent in identity state response **112** is sufficient to communicate the decision of service provider **10** but insufficient to enable the use of the identity for the intended use. Thus, capture or loss of identity state response **112** would not expose vital information. How-

**6**

ever, the contents of request **111** and response **112** may or may not overlap to varying degrees.

In certain circumstances, identity state response **112** may include actual identification information. Preferably, such a transfer would be limited to only those identification information attributes **13** that identity owner **30** has allowed for release to that particular user **20**. In some cases identity state response **112** need only include the resulting identity state (e.g., "allow request" or "deny request"), without transmitting any other identification information of identity owner **30**. The instruction to deny or allow a use under certain conditions is an example of an identity attribute **13**. Such instructive identity attribute(s) **13** are referred to herein as the identity state **17** (shown in FIG. **3**). In such situations, the connection between users **20** and service provider **10** (such as TCP, HTTP other land and/or wireless connections) may provide sufficient routing information to process identity state response **112** to its intended destination within user **20** without sending other specific identification information.

Thus, in the above example where service provider **10** decides to deny a request for use, identity state response **112** sent from service provider **10** to the user **20** includes content identity state **17**, which represents the preexisting intent of identity owner **30** to deny the particular transaction. User **20** preferably complies with the identity state **17** and sends an appropriate denial message to source **27**, either directly or through agent(s) **24**.

The circumstances under which identity owner **30** elects to deny use of its identity are not limited to avoidance of fraud. Privacy and self-control considerations may also be a factor. For example, an identity owner **30** who wants to maintain confidentiality of his medical records, but wants to preserve quick access in emergencies can set identity attributes **13** in account profile **14** to only approve identity state requests **111** from authorized health-care-related institutions. In another example, an identity owner **30** who spends too much money at a certain store or type of store can set identity attributes **13** in account profile **14** to deny requests from that store or type of store.

Advantages of the preferred embodiment with respect to the contents of identity state request **111** and identity state response **112** will now be discussed. As discussed above, the substantive contents of these communications is preferably enough to determine and communicate the intent of identity owner **30** with respect to a particular use of identity. Particularly, identification information in identity state request **111** is insufficient in and of itself to facilitate the use intended by source **27**, and identity state response **112** need include nothing more than identity state **17**. As such, service provider **10** can perform its function of permitting, limiting or denying transactions without receiving, storing, or sending identification information that enables the underlying use ("use-enabling information").

Thus, service provider **10** authorizes or denies requests without having access to sensitive identification information, such as, by way of non-limiting example, a full credit card number or Personal Identification Number (PIN). Service provider **10** thus does not have enough information to take any action on its own. For example, service provider **10** would not be able to misuse the credit card of identity owner **30** because it would not have the credit card or the credit number. Thus, while service provider **10** authorizes transactions, it cannot by acting alone misuse the underlying instruments that trigger the transactions. In theory, service provider **10** may nonetheless have access to some of this information, although such information can be protected using passwords, encryption, or other known techniques.

7

Similarly, user **20** will preferably know whether to authorize or deny a transaction without receiving any new identification information from service provider **10** other than identity state **17**. Since user **20** does not have direct access to other information in account profile **14**, user **20** does not have information that could enable other undesired uses. By way of non-limiting example, if user **20** is a credit card company, it would not have enough information to access the medical records of identity owner **30**. Without possession of useenabling information, service provider **10** obviously cannot or cause user **20** to divulge information to agent(s) **24** and/or source **27**. The identity owner's identification information account profile **14** therefore need never pass beyond the protection of the service provider **10**.

The service provider **10** may also be tasked with securing identification information so as to prevent unauthorized access to the identification information. In a preferred embodiment, the security of identification information afforded by the service provider **10** is far reaching, dynamic and may contain one or more layers. As a threshold issue, the service provider **10** would preferably take the barest, directly identifying, raw data of an identity owner **30**, if any, encrypt it and secure it preferably never to be used again.

In another embodiment, service provider **10** acts as a centralized location relative to multiple users **20** for the storage of identification information of identity owners **30**. That is, rather than disseminating identification information to every bank, credit agency, insurance company, or any other entity that requests identification information, an identity owner **30** would disclose identification information to the service provider **10** instead. In this embodiment, these various users **20** would make identity state requests **111** to the service provider **10**, which would determine what, if any, identification information is disclosed to users **20**. An embodiment such as this that includes service provider **10** can, at a minimum, reduce the number of institutions privy to sensitive identification information.

Service provider **10** preferably is a company that includes employees that operate the necessary computer hardware and software to secure identification information and to communicate with identity owners **30** and users **20**. In an alternative embodiment, service provider **10** is an automated combination of hardware and software that carries out the operations described herein. By way of non-limiting example, an identity owner **30** can utilize either a computer service provider **10** that is maintained by an outside party or a computer maintained by the identity owner **30** to prevent unauthorized access to identification information (e.g., a human identity owner **30** may, for the purpose of practicing this embodiment, maintain and/or utilize a personal computer as a service provider **10**). In this example, the service provider **10** is a computer, preferably a server, accessible to the identity owner **30** and the user **20** through a communication network that is maintained by the computer. The computer in this example would preferably be programmed to provide responses to user **20** based on input from the user **20** and the identity owner **30**.

Identity owner **30** is preferably an individual, a corporation, or a computer system. Preferably, the identity owner **30** will contact service provider **10** and request that the service provider **10** secure the identity owner's identification information subject to provided constraints. Service provider **10** might, for example, employ a layered technique where the identity owner's raw identification information, such as social security number or other primary identification data, biometric data, address, phone number(s), and other such information, is encrypted in a separately secure layer. With raw identification information secure in a fundamental layer,

8

the service provider **10** can then use an additional layer of security for protecting the encrypted identification information from misuse.

User **20** may be thought of as a credit lender who wants to access the records of repository **11**. User **20** may be, by way of non-limiting example, a credit card company, credit reporting agency, merchant, banking institution, brokerage firm, insurance provider, hospital, medical caregiver, computer, corporation, or family member. User **20** may also in theory be an imposter. In the preferred embodiment, the service provider **10** will implement double-checks and safeguards so as to help protect the identification information from imposters.

User **20** sends identity state requests **111** in response to a triggering event at identity use source **27**. Identity use source **27** sends desired transaction-based information, which preferably would include the identity of source **27** and the amount of the transaction (if a financial-based transaction). Service provider **10** can then respond to user **20** with information or instructions that will determine the next step in the transaction precipitated by the triggering identity use source **27**. In the preferred embodiment, the instructions received by user **20** will properly control the transaction and provide the result desired by identity owner **30** and user **20**.

A non-limiting example of an end-to-end exchange is as follows. For set up, user **20**, which in this example is a credit card company, will have previously given service provider **10** an object template **16**. Object template **16** defines the identification information that user **20** needs in order to process a transaction by source **27**. Identity owner **30** provides service provider **10** with the corresponding identification information through interface **300**, such as a Web page.

At a later point in time, a credit card is offered to complete a transaction at source **27**. Source **27** communicates the details of the transaction, as well as any desired details, to user **20**. User **20** forms an appropriate identity state request **111** and sends it to service provider **10**. Service provider **10** compares the contents of the identity state request with the identity object(s) **12** which describe the intent of identity owner **30** with regard to the particular transaction. Service provider **10** determines whether the transaction is authorized or not, and then send a corresponding identity state response **112** to user **20**. In addition, service provider **10** may release other identification information to user **20** as may be authorized by the identity object(s) **12** within account profile **14**.

In a related example, object template **16** allows an identity owner **30** to set the default status of the credit identification instrument (e.g., the credit card or underlying account) as on or off. In this example, identity owner **30** sets the default of the credit card to "deny," essentially placing the use of the credit card in a lockdown state. If identity owner **30** wants to use the credit card at a particular time, then identity owner **30** can contact service provider **10** via, e.g., the Internet to change identity state **17** at the appropriate time, such as between 12:30 PM and 2:30 PM that day. Identity owner **30** makes the purchase, or not, secure in the knowledge that use of the credit instrument was permitted within that limited two-hour window. Before the window opens, and after it closes, the default state is "deny," thus preventing any unauthorized (or even authorized) use outside that window.

User **20** sends identity state request **111** in response to a use of identity at source **27**. By way of non-limiting example, source **27** can be initiated by a person, a credit instrument, an Internet transmission, the identity owner **30**, an imposter, user **20**, or agent **24**. In a credit card example, source **27** may be the point-of-sale terminal through which the credit card is scanned.

**9**

In a preferred embodiment, user **20** is a lending institution such as a bank, identity owner **30** is a person, and service provider **10** is a form of company that preferably would use, by way of non-limiting example, electronic methodology such as a computer server to provide a network through which all parties to the transaction can communicate. By way of non-limiting example, the service provider **10** could be a corporation or company whose sole purpose is directed to management of identification information; the service provider **10** could just as well be a credit reporting agency, insurance agency, health agency, or any established entity that has been enabled to practice the invention. Also, by way of non-limiting example, the network may take the form of voice communication (e.g., through telephony or by face-to-face encounter) or an electronic interconnection such as an Internet or intranet Web browser interface, or any wireless or direct interface assisted by a software component such as a client-side application.

In an embodiment, the process may begin when the service provider **10** sets up an object template **16** (e.g., a template that defines the options for an identity owner **30** to establish an account profile **14** to contain its identification information). The process may also begin when a user **20** (e.g., a credit provider) contacts the service provider **10** and sets up an object template **16** (e.g., criteria an identity owner **30** must disclose for a particular transaction, or set of transactions, with that particular user **20** type). Identity owner **30** (Joe E. Patent) establishes an account profile **14** with a service provider **10**. For simplicity, assume that at the end of the process, the following information exists in the database, or repository **11**, of service provider **10**. For example:

Account profile **14** data
Account ID: CACTUS
Account password: flowersforalgernon
Name: Joe E. Patent
Address: 102 Brown Street
Primary identification number: 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

Next, the identity owner **30** protects a credit instrument event. For example, suppose XYZ Corporation provides object template **16** that requires six information fields. Five of the fields are required to "query" the identity state **17** of the identity object **12** (if any), and one field contains the identity state **17** of the identity object **12** last set by the identity owner **30**. For example:

Identity object **12** data
Identity object type: XYZPer
Identity object account suffix: 565787
Identity object account name: Joe E. Patent
Identity object account phone: (555) 716-5555
Identity object account zip: 55555
Identity object state: permit

In the above example, the five data fields can replace the need for use-enabling information, such as, for example, the credit instrument number. However, the information in these fields alone is insufficient to enable the desired use of the identity of identify owner **30**, such that service provider **10** cannot misuse the identity. The sixth field, "permit", is necessary to illustrate the role of the service provider **10** as a gatekeeper so that an attempted use of the identity of identity owner **30** must pass before user **20** can follow through on the intended use.

If, for example, a credit instrument of identity owner **30** is misplaced, then it is a simple matter for the identity owner **30** to contact the service provider **10** and change identity state **17** of the XYZPer identity object **12** to "deny" until certain that the instrument is not lost. By way of non-limiting example, this can be accomplished by the identity owner **30** accessing

**10**

interface **300** and making the necessary changes. That layer of security, in addition to the preferred implementation of an outer shell of interface security **200**, as shown in FIG. **5**, and other possible layers of security such as, by way of non-limiting example, encryption methods of identification information, is a preferred benefit to the embodiment.

Continuing the example, a thief attempts to use the XYZ instrument at a merchant agent **24**. This is an attempted use of identity at source **27**, a transaction that implies or directly uses identification information. The merchant communicates the transaction information to user **20**, in this case the XYZ transaction approval network. XYZ generates an appropriate identity state request **111** and sends it to service provider **10**. An example of the contents of the corresponding identity state request **111** is as follows:

```
<Identity request>
<Identity object type>XYZPer<Identity object type/>
<Identity object account suffix>565787<Identity object account suffix/>
<Identity object account name>Joe E. Patent<Identity object account
name/>
<Identity object account phone>5555555555<Identity object account
phone/>
<Identity object account zip>55555<Identity object account zip/>
<Identity request/>
```

In this example, with the exception of the primary identification data, nothing exists in the account profile **14** that has any security implication. Note that the primary identification data need not be alphanumeric. There may exist embodiments where it is preferable to include primary identification data that is biometric (fingerprint or retinal image). Once the primary identification data is entered at the time the account profile **14** is created (and indeed, if the data is numeric, it may not be necessary to store the full primary identification number in an implementation of the embodiment), this information is preferably encrypted.

Preferably, the responsibility of sending identity state request **111** to service provider **10** is allocated to the holder of record for account information related directly to the identity use by source **27**. Typically this will be user **20** (XYZ in this example) or a representative of user **20**. Either way, there must be sufficient information to supply data conforming to the identity object template **16** requirements and to positively match the identity objects **12** associated with the identity account profile **14**.

An account profile **14** is accessible to the identity owner **30** either directly with service provider **10** or indirectly through recorder **38**. Through access to the account profile **14**, the identity owner **30** is able to observe, add, delete, and modify its state identity information. Multiple identity objects **12** and/or account profiles **14** may exist for each identity owner **30**.

User **20** establishes the types of identification information to be used in object template **16**, but preferably does not have access to account profile(s) **14** that contain the information itself. Object templates **16** can streamline a transaction by providing advance notice to an identity owner **30** of the specific identification information required by the user **20**. Furnishing an identity owner **30** with an object template **16** is preferably accomplished either through one of the recorders **38** of the service provider **10** or by direct input of the object template **16** into the repository **11**.

Referring now to FIG. **4**, an embodiment of service provider **10** is illustrated in detail. Object templates **16**, akin to those described above, allow user **20** to practice proactively.

11

12

To an extent, the types of identity objects 12 available to identity owner 30 are controlled by user 20 through the creation of object templates 16. Object templates 16 provide the criteria for identity state request 111, identity response 112, and attribution of identity objects 12. Stated another way, in certain dealings the identity owner 30 can only create personalized identity objects 12 for which users 20 have created object templates 16. The reason for this is that having the resources available to protect identity are ineffective unless user 20 (those relying on identity to act on behalf of identity owner 30) are prepared to cooperate with service provider 10. Preferably, object templates 16 provide user 20 with sufficient control and efficiency that will encourage the cooperation of user 20.

Identity state 17 is the result of the comparison between identity state request 111 and identity objects 12 input by identity owner 30. Whenever possible, it is preferable for service provider 10 to provide identity state 17 while avoiding disclosure of extra identification information of an identity owner 30. In a preferred embodiment of the invention, the service provider 10 accomplishes this through use of an interpreter 18. On instruction from, for example, user 20, recorder 38, identity owner 30, or a supplier 19 of service provider 10, interpreter 18 will compare the identity state request 111 and at least one identity object 12 for a particular identity owner 30. Preferably, interpreter 18 can also compare identity state requests 111 that are formulated based on requirements described by applicable object templates 16, as well as against criteria set by the identity owner 30.

By way of non-limiting example, if a merchant user 20 issues an identity state request 111 for a purchase at 3:00 AM and the corresponding identity owner 30 has not authorized such transactions at that hour, then interpreter 18 transmits the identity state response 112 by informing the user 20, either directly or indirectly through supplier 19, that the purchase is "denied." Identity state 17 may be based on one or more identity objects 12; in this case, the identity object 12 must have contained identity attributes 13 such as "at 3:00 AM", "off" or a time period that includes 3:00 AM, designated as "off" (e.g., 2:00 AM-4:00 AM).

Interpreter 18 thus evaluates identity state request 111 against the criteria, rules and requirements contained in the state identity object 12 of the identity owner. After evaluation, interpreter 18 preferably communicates the result of the analysis, either directly or indirectly, to user 20 without disclosing sensitive identification information. Instead, the identity state response 112 only contains the status of a transaction (in this example, the status is the "identity state" 17) involving identification information. Interpreter 18 and supplier 19 are preferably the entities within service provider 10 with access to state metadata 15. Interpreter 18 and supplier 19 may be people and/or electronic devices such as computers that implement algorithms designed to assess and interpret an identity state 17 as described herein. Non-limiting examples of potential identity state 17 responses 112 include: permit, deny, not enough information, and permit only for emergency use. By way of non-limiting example, the latter response would exist in a preferred embodiment that included identification information that was medical in nature. An identity owner 30 may authorize release of his medical history to known licensed caregivers only in the case of an emergency.

By way of further example, there may be a second object template 16 that defines the requirements for controlling identity relative to acquiring additional credit. In this example, a customer applies for a loan at a federal bank. Here, the customer triggers identity use source 27 (the bank) that initiates the steps described herein. As part of the loan application, the customer represents on the loan application that his primary identification data value is 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. As a matter of course, the Federal Bank would contact a credit reporting agency to obtain a credit worthiness report for the loan applicant. The credit reporting agency (a user 20) would determine if the loan applicant had an identity account profile 14. The service provider 10 would have reported the fact that identity owner 30 had such an account in the normal course of business. After discovering the presence of an identity account profile 14 in the credit information of the loan applicant, the credit reporting agency contacts supplier 19 and requests identity state 17, based on its "new credit" object template 16, for a customer having a primary identification data value of 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. Interpreter 18, acting as an agent of service provider 10 as opposed to the credit reporting agency as user 20, determines identity state 17. Once found, the "new credit" object template 16 is compared to the corresponding identity object(s) 12. The interpreter 18 ensures that all fields match.

After noting the account profile number associated with the customer name provided by the bank (Account No. CACTUS), interpreter 18 accesses and confirms that the primary identification data value matches the one in the original identity state request 111. Further examination of identity objects 12 in account profile 14 shows that identity state 17 has been set to "Type—Identity Off". Since no other identity objects 12 exist for this identity owner 30 that supersede this identity state 17, interpreter 18 informs supplier 19 that identity state 17 is "deny" and, thus, any use of the identification information of identity owner 30 should be denied. Supplier sends this identity state 17 to the credit reporting agency in the manner discussed herein. The credit reporting agency communicates this state to the Federal Bank that requested the loan applicant credit report.

At this point the federal bank knows that one of two situations exists. Either the person applying for the loan forgot to change their identity object 12 before applying for the loan, or the person making the application is trying to fraudulently obtain a loan. If the person is the legitimate identity owner, then the error can be corrected. If the person is an imposter, the fraud is revealed.

Using state metadata 15, it is possible to determine the identity attribute information 13 of identity owner 30. The state metadata 15 represents identity attribute information 13 of identity owner 30. State metadata 15 alteration by identity owner 30 permits control over the state metadata 15 and, thus, bestows an identity owner 30 with control over the use of its identity and identification information.

As seen in FIGS. 5 and 6, discussed in detail below, identity attributes 13 may be entered directly by identity owners 30 acting on their own behalf as identity recorders 38. This process may be achieved in person, by phone, wireless device, Web browser or any other device capable of communicating instructions of identity owner 30.

In another example, identity owner 30 decides to use a credit instrument for a vacation outside the United States, but notes that his account profile 14 prevents use of his identification information outside the United States ("USA Only"). Identity owner 30 accordingly decides to modify his account profile 14 through a call to recorder 38. Recorder 38 will go through one or more security protocols, such as a password check, date of birth, the last four characters of a primary identification data value, etc. The recorder 38 is satisfied that the caller is identity owner 30 of identity account profile 14 CACTUS. Identity owner 30 communicates his intent for use of XYZ credit instrument's transactions to be enabled outside the United States. Identity owner 30 is then asked to supply

US 7,779,456 B2

13

the last six digits of the account number and the phone number including the area code associated with this credit instrument account.

Service provider **10**, preferably by using an authorized interpreter **18**, examines the existing identity objects **12** to make sure that none of the identity objects **12** already refers to this credit instrument. If no entries exist, recorder **38** inputs an identity object **12** into the repository **11**, "Type—Credit Usage—permit globally, instrument type XYZ Corporation, account suffix 565787, phone 5555555555". This allows usage of the instrument xxxxxx565787 outside the United States. As illustrated in the above example, an identity owner **30** may record identity attributes **13** and transmit these by mail, courier, electronic transmission or voice to recorder(s) **38** acting on the behalf of identity owner **30**.

Storage, transmission, and disclosure of identity objects **12** are configured to resist compromise of the security of the identification information of the identity owner **30**. The fact that identity attributes **13** are a partial representation of the identity object **12** is significant because it prevents the state metadata **15** from containing information that could jeopardize security of the identity owner **30** if breached.

Referring to FIG. **5** an identity owner **30** communicates through a security layer **200** that hinders unauthorized access to the identification information of identity owner **30**. In this embodiment, service provider **10** has a software barrier in the form of a log-in screen interface which requires a username **201** and a password **202**. Referring to FIG. **6**, an identity owner **30** practicing the preferred embodiment can, after successful authorization, access its account profile **14**. Preferably the accessed data appears in a convenient layout, preferably all in one view.

An example of interface **300** is depicted in FIG. **6** as one of many methods of layout for viewing, deleting, adding, and manipulating account profile **14**. Interface **300** is essentially split into four topical sections. The topmost section contains an identity object **12** manipulation workspace **303**. Workspace **303** is the area where identity owner **30** and recorder **38** can access and modify identity objects **12**. Though not granted direct access, it is preferable that user **20** is granted the ability to use supplier **19** to deposit an object template **16** into repository **11** for use by identity owner **30** and/or recorder **38**. It is also possible to give user **20** a more direct, write-only type of access to the repository **11**. In the case of the example illustrated by FIG. **6**, identity owner **30** would only be able to configure an identity object **12** for an XYZ credit instrument if XYZ company had previously provided an object template **16** for this type of financial instrument.

The second area of workspace **303** is the control set **309**. Control set **309** is where either identity owner **30** or recorder **38** (at the behest of the identity owner **30**) can manipulate identity objects **12**. By way of non-limiting example, the identity attribute **13** "Parking Space 3R" can be set to "deny Crystal McCity access to location information." By way of further non-limiting example, this portion of workspace **303** is where identity objects **12** and identity attributes **13**, such as "1 transaction per day", can be added to, for example, identity object **12** that places a limit on the number of transactions for a particular bank account per day.

The bottommost two sections **320**, **330** consist of one section that has two distinct portions, and it may have a name such as Recent Activity Monitor or Transaction Notification **330**. In this section, it is possible for identity owner **30** or interpreter **18** (at the behest of identity owner **30**), to monitor use of various identity-related activities such as credit instrument usage, or, as seen in FIG. **6**, passport usage **330**. After

14

entering the appropriate data **390** in the Name Set Add/Modify field **320**, the data is used to create an identity object **12** representing a name and address related to the account profile **14**. The name of this set can act as a short form reference to a particular name and address and help the user avoid the re-entry of name and address data for identity assets sharing common attributes. Field **330** is illustrative of how the identity owner **30** and/or the authorities have a tool with which to track usage of such things as passports, credit instruments, ID tags, or even keys/keyinstruments to buildings.

Another embodiment of the invention applies to brokerage firms and investors. Identity owner **30** is again an entity, human or otherwise, capable of making investments in securities. User **20** is a brokerage firm. Service provider **10** maintains its function as an entity that can, but need not, encrypt and store the most fundamental and sensitive data in a separately secure layer. Similar to the steps disclosed above, this embodiment affords preventative security against misuse of any investment account.

Although the above-mentioned embodiments have been predominantly described in terms of financial transactions, the invention is not so limited. For example, FIG. **6** depicts how certain embodiments can be used to determine the details surrounding the identification information use for a passport. Each occurrence of the passport usage is listed. A transaction notification **330** is optional but can be a useful tool allowing the identity owner **30** to monitor the use of identification information. Indeed, it implicates, essentially, other embodiments that can be used in law enforcement.

Another non-financial use is monitoring of an identifying building access key, key instrument, or any locating device and is not limited to building area entry and exit monitoring. Such use would allow the system to track the location of the occupants of a building based on where they last used their key. This could be life saving in an emergency or, on the other hand, help the security or management of a building discern likely suspects after discovery of an unscrupulous act.

Another non-financial use is the protection of data that is medical in nature. Food allergies and diseases such as diabetes are non-limiting examples of such medical information that an identity owner **30** would not want accessed by anyone other than, for example, a licensed medical professional or licensed medical professional organization. Such systems provide, on a consistent, easily transferable basis, information as might be required as part of standard service industry entity (e.g., dentists, physicians, veterinarians, schools) registration procedures, such information and name, address, and contact information.

In a law enforcement embodiment, identity owner **30** is operating with the cooperation of or under the control of law enforcement. In this embodiment, certain "zones" may be set up relative to the person's identity. For example, a sex offender may not be able to leave the local jurisdiction, or someone under house arrest cannot leave the home. Flags can be set up in object template **16** or related operations that monitor use of identity and alert law enforcement if the use is for a prescribed activity or in a prescribed area.

It is noted that the foregoing examples have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the present invention. While the present invention has been described with reference to certain embodiments, it is understood that the words which have been used herein are words of description and illustration, rather than words of limitation. Changes may be made, within the purview of the appended claims, as presently stated and as amended, without departing from the scope and spirit of the present invention in its aspects. Although the present inven-

**15**

tion has been described herein with reference to particular means, materials and embodiments, the present invention is not intended to be limited to the particulars disclosed herein; rather, the present invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims.

What is claimed is:

**1**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity;

changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state;

requesting use of the identity after said changing; and

returning, after said requesting, the state back to the first state;

wherein the first state is a default state, and said returning occurs in response to completion of a use of the identity;

wherein said requesting comprises transmitting, from a user of said identity to a service provider which maintains the state, a request for authorization to use the identity, where information in the request is insufficient to authorize the use of the identity;

wherein said setting, changing, requesting and returning are executed on electronic computer hardware in combination with software.

**2**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity;

changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state;

requesting use of the identity after said changing; and

returning, after said requesting, the state back to the first state;

wherein the first state is a default state, and said returning occurs in response to a predetermined number of uses of the identity, an elapse of a predetermined time after a predetermined event, or the earlier of the onset of the predetermined number of transactions and the predetermined time after the predetermined event;

wherein said setting, changing, requesting and returning are executed on electronic computer hardware in combination with software.

**3**. The method of claim **2**, wherein the predetermined event is said changing, said requesting completion of a use of the identity which prompted said requesting, or dictated by a parameter within the second state.

**4**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity;

changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state;

requesting use of the identity after said changing; and

returning, after said requesting, the state back to the first state;

wherein the use of the identity comprises use of a credit card, debit card, check card, financial institution account number, brokerage account number, or other instrument provided by an account holder of record;

**16**

wherein said setting, changing, requesting and returning are executed on electronic computer hardware in combination with software.

**5**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

attempting to use an identity at a source;

forwarding first information relating to said use to a user affiliated with the source location;

forwarding second information from the user to a service provider, the second information being different from the first information;

determining, by the service provider, whether said use of the identity is consistent with at least one pre-registered condition; and

sending, from the service provider to the user, a decision based on the determining;

wherein the second information is insufficient in and of itself to authorize any related use of the identity;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used.

**6**. The method of claim **5**, wherein the at least one pre-registered condition comprises at least one of allowance of use, limitation of use, expansion of use, denial of use, or insufficient information to make a determination.

**7**. The method of claim **5**, wherein said attempting comprises entering information from a credit card or a debit card to facilitate a financial transaction, and said user is a company account holder of record of the credit card or debit card.

**8**. The method of claim **5**, wherein said attempting to use an identity comprises making a request to access medical records of the entity, and the user is a health-care related organization.

**9**. The method of claim **5**, wherein said attempting to use an identity comprises making a request for a loan, and the user is a lender.

**10**. The method of claim **5**, wherein said attempting to use an identity comprises accessing a secure location, and the user is a security company.

**11**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

establishing, by the user, a set of desired identification information parameters;

sending, from the user to a service provider, the set;

obtaining, by the service provider from the entity, information from the entity consistent with the set, the information including at least one pre-determined condition;

storing the information provided by said obtaining; and

using, by the service provider, at least some of the at least one pre-determined condition and at least some of the information provided in said obtaining to respond to a request by the user to authorize a use of the identity of the entity;

wherein the user does not have direct access to the information provided by the entity and subject to said storing;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used.

**12**. The method of claim **11**, wherein said set comprises at least one of the entity's name, address, telephone number, personal identification number or biometric data.

**13**. The method of claim **11**, wherein the user cannot authorize the use of the identity of the entity absent permission from the service provider.

US 7,779,456 B2

**17**

14. The method of claim **13**, wherein the service provider cannot provide the permission unless consistent with the intent of the entity as reflected in the results of said obtaining.

15. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

storing, at a service provider, data representing first identification information of an entity, and at least one criteria capable of limiting the use of the identity;

receiving, at a service provider, a request to determine whether the use of an entity's identity by a party is authorized for a requested application, the request including second identification information;

comparing at least some of the first identification information with at least some of the second identification information;

first determining whether the request is consistent with at least one pre-determined condition;

second determining, based at least partially on a result of said comparing and said first determining, whether the use of the identity by the identity-use-source is authorized for a particular application; and

responding from the service provider to the identity-use-source consistent with the result of said determining;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used.

16. The method of claim **15**, wherein said responding further comprises sending a response, said response indicating one of allowance of use, denial of use, or insufficient information to make a determination.

17. The method of claim **15**, further comprising receiving, from the entity, the data representing the first identification information and the identity use criteria.

18. The method of claim **15**, wherein said receiving or responding further comprises receiving or responding

**18**

through a Web page, customer service representative, switched wired network, wireless network, in person, or any of combination thereof.

19. The method of claim **1**, wherein both said first and second states provide at least some scope of identity usage.

20. The method of claim **1**, wherein the first state expressly defines that the identity may not be used, and the method further comprises denying the requested use based on the first state.

21. The method of claim **5**, wherein said attempting precedes said determining.

22. The method of claim **15**, wherein the use of an entity's identity precedes said comparing.

23. The method of claim **15**, wherein the set of desired identification information parameters defines blank information fields, and said obtaining further comprises populating the blank information fields based on the information from the entity.

24. The method of claim **1**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

25. The method of claim **2**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

26. The method of claim **4**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

27. The method of claim **5**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

28. The method of claim **11**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

29. The method of claim **15**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

*   *   *   *   *

# Exhibit B

## (12) United States Patent
Dennis et al.

(10) Patent No.: **US 8,353,027 B2**
(45) Date of Patent: **\*Jan. 8, 2013**

(54) **SYSTEM AND METHOD FOR ENHANCED PROTECTION AND CONTROL OVER THE USE OF IDENTITY**

(76) Inventors: **Gary M. Dennis**, Indian Springs, AL (US); **Sharon D. Dennis**, Indian Springs, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/805,337**

(22) Filed: **Jul. 26, 2010**

(65) **Prior Publication Data**

US 2011/0041172 A1 Feb. 17, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/115,239, filed on Apr. 27, 2005, now Pat. No. 7,779,456.

(51) **Int. Cl.**
| *H04L 9/32* | (2006.01) |
| *G06F 12/16* | (2006.01) |

(52) **U.S. Cl.** ................. **726/18**; 726/19; 726/5; 713/167

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,061,791 | A | 5/2000 | Moreau |
| 6,332,134 | B1 | 12/2001 | Foster |
| 6,529,885 | B1 | 3/2003 | Johnson |
| 6,711,685 | B1 | 3/2004 | Schaal et al. |
| 6,811,082 | B2 | 11/2004 | Wong |
| 2001/0032192 | A1 | 10/2001 | Putta et al. |
| 2002/0004831 | A1 | 1/2002 | Woodhill |
| 2002/0025797 | A1 | 2/2002 | Joao et al. |
| 2002/0059430 | A1 | 5/2002 | Orbke et al. |
| 2003/0028481 | A1 | 2/2003 | Flitcroft et al. |
| 2003/0037233 | A1 | 2/2003 | Pearson |
| 2003/0065626 | A1 | 4/2003 | Allen |
| 2003/0070101 | A1 | 4/2003 | Buscemi |
| 2003/0208439 | A1 | 11/2003 | Rast |
| 2004/0004117 | A1 | 1/2004 | Suzuki |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0038147 A1 | 10/1981 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, International Application No. PCT/US06/12546, mailed Jul. 24, 2007.

*Primary Examiner* — Venkat Perungavoor

(74) *Attorney, Agent, or Firm* — Connolly Bove Lodge & Hutz LLP

(57) **ABSTRACT**

A method of protecting use of an entity's identity is provided. The method comprises setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity, changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state, requesting use of the identity after the changing; and returning, after the requesting, the state back to the first state.

**29 Claims, 6 Drawing Sheets**



**US 8,353,027 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0044905 A1* | 3/2004 | Heath et al. ................... | 713/200 |
| 2004/0111329 A1 | 6/2004 | Moore | |
| 2004/0139025 A1 | 7/2004 | Coleman | |
| 2004/0168082 A1* | 8/2004 | Foster et al. .................. | 713/201 |
| 2004/0215980 A1 | 10/2004 | Hamid | |
| 2005/0044396 A1* | 2/2005 | Vogel et al. ................... | 713/200 |
| 2005/0086541 A1* | 4/2005 | Rajaniemi .................... | 713/202 |
| 2005/0137984 A1 | 6/2005 | Nguyen et al. | |

* cited by examiner

Case 4:15-cv-01133   Document 1   Filed in TXSD on 04/29/15   Page 29 of 43



Fig. 1



Fig. 2

Case 4:15-cv-01133   Document 1   Filed in TXSD on 04/29/15   Page 31 of 43



Fig. 3



Fig. 4

**Service Provider Login**                    <u>Fig. 5</u>





Interface                                                          201

Fig. 6

Service Provider - Identity Profile Account - - CACTUS          Date: 2005-04-06

*Add/Modify Identity Object*          14          303, (12)

**Object: XYZPer**          (Dropdown - One Option is Add)
**ID: 565787**          (Last 6 digits only)
**Type: XYZ**          (Dropdown Selectable type)
**Group: Highlimit**          (Dropdown - One Option is Add )
**Description: Personal XYZco**

**(Identity Attributes 13)**

**Name Set: BusinessAdr**          (Dropdown - one option is Add)
**Controls: homebase, GPSLakePowel**          (DropDown - One Option is Add)
**Notify All y/: y**

300

**Control Set - Add/ Modify**

Control Set Name: **homebase**          (Dropdown - One Option =Add New)
Controls-
    Origin Type:
        Time: **6am-8:30am 4:30am-10pm**          309
        Area: **Southeast, Texas, New York, South Africa**

Name Set - Add/ Modify          320

Name Set: BusinessAdr     (Dropdown One Option =Add New)
First Name: Joe
Initial: E.
Last: Patent
Street 1: 102 Brown Street          390
Street 2: Apt/Box:
City:
State:                                   Zip Code:
Phone: 5555555555          330
Notification email: JoePatent@email.com

Recent Activity (Date ): Sort by <u>Group</u>, <u>Object</u> <u>Type</u>, <u>Area</u>, <u>Response</u>

| Date | Origin | Object | Type | Time | Area | Status |
|------|--------|--------|------|------|------|--------|
| 2004-09-12 | Inperson | XYZ****** | Credit | 0959p | Texas | OK |
| 2004-09-10 | Inperson | US***** | Passport | 1245a | Sou A | OK |
| 2004-09-10 | Inperson | US***** | Passport | 0730a | New Y | OK |
| 2004-09-10 | Inperson | XYZ****** | Credit | 0802p | New Y | OK |
| 2004-09-06 | Inperson | XYZ****** | Credit | 200p | Texas | OK |
| 2004-09-05 | Inperson | XYZ****** | Credit | 435p | Texas | OK |
| 2004-09-03 | Inperson | XYZ****** | Credit | 959p | Texas | OK |

US 8,353,027 B2

**1**

## SYSTEM AND METHOD FOR ENHANCED PROTECTION AND CONTROL OVER THE USE OF IDENTITY

### CROSS REFERENCE TO RELATED APPLICATIONS

The instant application is a continuation of U.S. patent application Ser. No. 11/115,239, filed Apr. 27, 2005, now U.S. Pat. No. 7,779,456.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the protection of identity by controlling access to use of an identity. More specifically, the present invention provides protection of the identity of an entity by placing limitations or conditions on its use, and whereby the entity's use-enabling identification information is not fully needed to authorize a transaction.

2. Discussion of Background Information

Identity information can be, and has been, exploited so as to cause an identity owner and other ancillary parties emotional and financial harm. Examples of misuse of identity range from impersonation to financial fraud, such as a fraudulent loan application, fraudulent credit instrument use, check fraud, and other transactional frauds. Tens of billions of dollars are lost each year in the United States alone due to identity theft, with estimates rising as of the writing of this application. This does not account for the additional cost of law enforcement efforts to capture and bring perpetrators to justice.

With the increased technical and Internet literacy of our culture, identity theft is no longer limited to instances where financial gain is the sole motive. Indeed, it has now become necessary not only to protect our most precious identification information from use by an unscrupulous stranger, but there must also be in place a system that allows an identity owner to protect his identification information from use by a known party such as a disgruntled employee. With the ability and ease that identification information can be used to commit fraud against an identity owner as well as the resulting added burden on courts and law enforcement, there is a need for a system to protect the identity of an entity from misuse at a more fundamental level.

Traditional responses to this problem have been inadequate. The most common response involves monitoring the use of identity resources and notifying a consumer after detection of an unusual use of the identity. For example, a credit card company can detect unusual purchase activity and contact the account holder to determine whether the charges were authorized. While such, monitoring mitigates against any continuing misuse of identity, responsive action is generally limited to apportion the burden of the harm between the victimized parties and seek prosecution of the offender. Such methods are thus reactive in that the damage has already been done, and otherwise lack the ability to prevent or undo the ill effects of the damage in the first place.

Current technology, as disclosed in U.S. Pat. Nos. 6,529,885, 6,811,082, 6,817,521, and 6,332,134, highlights a fundamental failing in the current state of the art. Such prior mechanisms require the identity owner to either use a "smart instrument," carry his own credit scanning device, or use a bank as a third party to a transaction as common as the simplest purchase. While these prior patents illustrate an attempt to address the issue of protecting and managing financial transactions, the solutions they present lack broader

**2**

financial and non-financial application, practicability and/or simply substitute one flawed mechanism of protection and management for another. This is true in part because an identity owner has no means of proactively controlling use of his identity and identification information with a system designed specifically for such control.

### SUMMARY OF THE INVENTION

Various embodiments of the invention improve security of identification information by giving an individual or other entity increased control over implied or direct use of his identity.

According to an embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises setting a status of the identity to a first state, the first state defining a scope of permitted use of the identity, changing, in advance of an intended use of the identity, the status to a second state defining a scope of permitted use of the identity that is different from the first state, requesting use of the identity after the changing; and returning, after the requesting, the state back to the first state.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The first state is a default state, and the returning occurs in response to completion of a use of the identity. The first state may comprise a default state, and the returning occurs in response to a predetermined number of uses of the identity, an elapse of a predetermined time after a predetermined event, or the earlier of the onset of the predetermined number of transactions and the predetermined time after the predetermined event. The predetermined event may comprise the changing, the requesting completion of a use of the identity which prompted the requesting, or dictated by a parameter within the second state. The use of the identity may comprise use of a credit card, debit card, check card, financial institution account number, brokerage account number, or other instrument provided by an account holder of record. The requesting may comprise transmitting, from a user of the identity to a service provider which maintains the state, a request for authorization to use the identity, where information in the request is insufficient to authorize the use of the identity.

According to another embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises attempting to use an identity at a source, forwarding first information relating to the use to a user affiliated with the source location, forwarding second information from the user to a service provider, the second information being different from the first information, determining, by the service provider, whether the use of the identity is consistent with a pre-registered intent of the entity, and sending, from the service provider to the user, a decision based on the determining, wherein the second information is insufficient in and of itself to authorize any related use of the identity.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The pre-registered intent of the user may comprise at least one of allowance of use, limitation of use, expansion of use, denial of use, or insufficient information to make a determination. The attempting to use may comprise entering information from a credit card or a debit card to facilitate a financial transaction, and the user is a company account holder of record of the credit card or debit card; making a request to access medical records of the entity, and the user is a health-

US 8,353,027 B2

**3**

care related organization; making a request for a loan, and the user is a lender; or accessing a secure location, and the user is a security company.

According to yet another embodiment of the invention, a method of protecting use of an entity's identity is provided. The method comprises establishing, by the user, a set of desired identification information parameters, sending, from the user to a service provider, the set, obtaining, by the service provider from the entity, information from the entity consistent with the set, storing the information provided by the obtaining, and using, by the service provider, at least some of the information provided in the obtaining to respond to a request by the user to authorize a use of the identity of the entity, wherein the user does not have direct access to the information provided by the entity and subject to the storing.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The set may comprise at least one of the entity's name, address, telephone number, personal identification number or biometric data. Preferably the user cannot authorize the use of the identity of the entity absent permission from the service provider. Preferably the service provider cannot provide the permission unless consistent with the intent of the entity as reflected in the results of the obtaining.

According to still yet another embodiment of the invention, there is provided a method of protecting use of an entity's identity. The method comprises storing, at a service provider, data representing first identification information of an entity, and at least one criteria capable of limiting the use of the identity, receiving, at a service provider, a request to determine whether the use of an entity's identity by a party is authorized for a requested application, the request including second identification information, comparing at least some of the first identification information with at least some of the second identification information, determining, based at least partially on a result of the comparing, whether the use of the identity by the identity-use-source is authorized for a particular application, and responding from the service provider to the identity-use-source consistent with the result of the determining.

The above embodiment may have one or more preferable features, of which the following are non-limiting examples. The responding further comprises sending a response, the response indicating one of allowance of use, denial of use, or insufficient information to make a determination. The method may further comprise receiving, from the entity, the data representing the first identification information and the identity use criteria. The receiving or responding may further comprise receiving or responding through a Web page, customer service representative, switched wired network, wireless network, in person, or any of combination thereof. The storing, determining, or responding may further comprise storing, determining, or responding by a service provider that is an electronic computing device. The storing, determining, or responding may further comprise storing, determining, or responding by an electric computing device that further comprises hardware, software, or a combination of both hardware and software.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is further described in the detailed description which follows, in reference to the noted plurality of drawings by way of non-limiting examples of certain embodiments of the present invention, in which like numerals represent like elements throughout the several views of the drawings, and wherein:

**4**

FIG. **1** is a diagram depicting at a high level the interconnections between elements of a system capable of implementing a particular embodiment of the invention;

FIG. **2** is a diagram of a portion of an embodiment of the invention that depicts in more detail the interaction between and around the identity owner and the service provider;

FIG. **3** is a diagram of a portion of an embodiment of the invention that depicts in more detail the interaction between and around the user and the service provider;

FIG. **4** is a diagram depicting the service provider in more detail as well as depicting the interconnections between elements of a system capable of implementing a particular embodiment of the invention;

FIG. **5** depicts an example of a layer of security embodied by an electronic interface allowing an identity owner access to their identification information; and

FIG. **6** depicts an example of an electronic interface that displays the identity owner's identification information and allowing for management of the identification information by the identity owner.

DETAILED DESCRIPTION OF THE
EXEMPLARY EMBODIMENT

The particulars shown herein are by way of example and for purposes of illustrative discussion of the embodiments of the present invention only and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the present invention. In this regard, no attempt is made to show structural details of the present invention in more detail than is necessary for the fundamental understanding of the present invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the present invention may be embodied in practice.

Referring now to FIG. **1**, the elements of a particular embodiment are illustrated where a service provider **10**, a user **20** and an identity owner **30** interact to use an identity owner's identity and/or identification information. User **20** provides service provider **10** with an object template **16**. Object template **16** contains various fields that define the type(s) and nature of information that service provider **10** preferably accepts and/or stores for any particular identify owner(s) **30**. Identity owner **30** will in turn provide that information to service provider **10** for use in the authorization, limitation or denial of requests from user(s) **20** to use the identity of identity owner **30**.

At some later point in time, an attempt will be made at a source **27** to use the identity of identity owner **30**. The particulars of such use will be transmitted to user **20** either directly or indirectly through one or more agents **24**. User **20** then sends an identity state request **111** to service provider **10**, which requests authorization to complete the underlying transaction. Based on the information in identity state request **111** relative to information previously provided by identity owner **30**, service provider **10** will determine whether to authorize, limit or deny the requested use. Service provider **10** sends an appropriate response to user **20** in an identity state response **112**. User **20** in turn sends appropriate instructions to source **27** either directly or indirectly through one or more agents **24**.

In the preferred embodiment, identity state request **111** preferably includes at least enough information to allow service provider **10** to locate the account information of the particular identity owner **30** and to determine the corresponding user instructions. However, the information in identity

5

state request **111** is preferably in and of itself insufficient to enable the use of the identity for its intended use, such that its capture or loss would not expose vital information. By way of non-limiting example, if the triggering event is use of a credit card, then the credit card company (user **20**) sends to service provider **10** in identity state request **111** the name, address and phone number of identity owner **30**, as well as the last four digits of the credit card. From this information, service provider **10** can determine whether use of the credit card is authorized at that time. Yet the information in identity state request **111** is either public (name, address, and phone number being in phone books) and/or useless (four digits of a credit card being insufficient for a transaction). This provides a layer of protection to the use of the identity of an entity that is not confined to service provider **10**.

Referring now to FIG. **2**, identity owner **30** interfaces with service provider **10**, either directly or indirectly through a recorder **38** of service provider **10**. Service provider **10** stores identification information and corresponding state metadata **15**. (Metadata is understood in the electronic arts as data that is contained within an electronic file that is not necessarily needed to use the file, but rather contains information on the information within the file.) Identity state metadata **15** accompanies account profiles **14**, with one or more of account profiles **14** being associated with a particular identity owner **30**. Each account profile **14** preferably includes one or more identity objects **12**. Each identity object **12** preferably includes one or more identity attributes **13**. Identity attributes **13** represent identification information communicated to service provider **10** by identity owner **30** or an authorized surrogate of the identity owner **30**. All of this information may be stored in a repository **11**.

Service provider **10** is configured to allow identity owner **30** to set up, manage, and edit identification information stored in the corresponding account profile **14**. Access to the account profile **14** is preferably at least password protected to prevent unauthorized access to the identification information.

The information which identity owner **30** provides to service provider **10** reflects the intent of the identity owner **30** to, by way of non-limiting example allow, deny, limit, secure, protect or otherwise control a type of use of the identity of an entity. The nature and scope of the control and management of identity use is essentially unlimited and based upon the parameters as may be defined by user **20** and identity owner **30**. By way of non-limiting example, identity owner **30** could set up account profile **14** as follows:

(1) credit cards can only be used between 9 AM and 11 PM.

(2) medical information is available at all times but only to users **20** that are pre-authorized for health services (e.g., doctors, hospitals, pharmacies).

(3) applications for loans or new credit are never to be approved.

Limitations such as the above establish default and real-time use control over the identity of an identity owner **30**. Attempts to use identity outside the authorized scope will be denied, preventing misuse before it takes place and identifying a possible fraud in progress for law enforcement response. If identity owner **30** needs to use its identity in a manner inconsistent with the above limitations, then identity owner **30** can modify account profile **14** in advance of such use and then return account profile **14** to its prior state (or any other desired state) after the need for the use concludes. It is also helpful for an identity owner **30** to be capable of modifying identification information on a whim, creating a real-time, or near real-time system that is fluid and constantly capable of meeting the needs of identity owner **30** while securing the identification information.

6

Based on use limitations in account profile **14**, service provider **10** will advise user **20** as to whether or not the transaction is approved or not in identity state response **112**. Preferably, identity state response **112** is similar to identity state request **111** in that the information sent in identity state response **112** is sufficient to communicate the decision of service provider **10** but insufficient to enable the use of the identity for the intended use. Thus, capture or loss of identity state response **112** would not expose vital information. However, the contents of request **111** and response **112** may or may not overlap to varying degrees.

In certain circumstances, identity state response **112** may include actual identification information. Preferably, such a transfer would be limited to only those identification information attributes **13** that identity owner **30** has allowed for release to that particular user **20**. In some cases identity state response **112** need only include the resulting identity state (e.g., "allow request" or "deny request"), without transmitting any other identification information of identity owner **30**. The instruction to deny or allow a use under certain conditions is an example of an identity attribute **13**. Such instructive identity attribute(s) **13** are referred to herein as the identity state **17** (shown in FIG. **3**). In such situations, the connection between users **20** and service provider **10** (such as TCP, HTTP other land and/or wireless connections) may provide sufficient routing information to process identity state response **112** to its intended destination within user **20** without sending other specific identification information.

Thus, in the above example where service provider **10** decides to deny a request for use, identity state response **112** sent from service provider **10** to the user **20** includes content identity state **17**, which represents the preexisting intent of identity owner **30** to deny the particular transaction. User **20** preferably complies with the identity state **17** and sends an appropriate denial message to source **27**, either directly or through agent(s) **24**.

The circumstances under which identity owner **30** elects to deny use of its identity are not limited to avoidance of fraud. Privacy and self-control considerations may also be a factor. For example, an identity owner **30** who wants to maintain confidentiality of his medical records, but wants to preserve quick access in emergencies can set identity attributes **13** in account profile **14** to only approve identity state requests **111** from authorized health-care-related institutions. In another example, an identity owner **30** who spends too much money at a certain store or type of store can set identity attributes **13** in account profile **14** to deny requests from that store or type of store.

Advantages of the preferred embodiment with respect to the contents of identify state request **111** and identity state response **112** will now be discussed. As discussed above, the substantive contents of these communications is preferably enough to determine and communicate the intent of identity owner **30** with respect to a particular use of identity. Particularly, identification information in identity state request **111** is insufficient in and of itself to facilitate the use enabled by source **27**, and identity state response **112** need include nothing more than identity state **17**. As such, service provider **10** can perform its function of permitting, limiting or denying transactions without receiving, storing, or sending identification information that enables the underlying use ("use-enabling information").

Thus, service provider **10** authorizes or denies requests without having access to sensitive identification information, such as, by way of non-limiting example, a full credit card number or Personal Identification Number (PIN). Service provider **10** thus does not have enough information to take

US 8,353,027 B2

7

any action on its own. For example, service provider **10** would not be able to misuse the credit card of identity owner **30** because it would not have the credit card or the credit number. Thus, while service provider **10** authorizes transactions, it cannot by acting alone misuse the underlying instruments that trigger the transactions. In theory, service provider **10** may nonetheless have access to some of this information, although such information can be protected using passwords, encryption, or other known techniques.

Similarly, user **20** will preferably know whether to authorize or deny a transaction without receiving any new identification information from service provider **10** other than identity state **17**. Since user **20** does not have direct access to other information in account profile **14**, user **20** does not have information that could enable other undesired uses. By way of non-limiting example, if user **20** is a credit card company, it would not have enough information to access the medical records of identity owner **30**. Without possession of use-enabling information, service provider **10** obviously cannot or cause user **20** to divulge information to agent(s) **24** and/or source **27**. The identity owner's identification information account profile **14** therefore need never pass beyond the protection of the service provider **10**.

The service provider **10** may also be tasked with securing identification information so as to prevent unauthorized access to the identification information. In a preferred embodiment, the security of identification information afforded by the service provider **10** is far reaching, dynamic and may contain one or more layers. As a threshold issue, the service provider **10** would preferably take the barest, directly identifying, raw data of an identity owner **30**, if any, encrypt it and secure it preferably never to be used again.

In another embodiment, service provider **10** acts as a centralized location relative to multiple users **20** for the storage of identification information of identity owners **30**. That is, rather than disseminating identification information to every bank, credit agency, insurance company, or any other entity that requests identification information, an identity owner **30** would disclose identification information to the service provider **10** instead. In this embodiment, these various users **20** would make identity state requests **111** to the service provider **10**, which would determine what, if any, identification information is disclosed to users **20**. An embodiment such as this that includes service provider **10** can, at a minimum, reduce the number of institutions privy to sensitive identification information.

Service provider **10** preferably is a company that includes employees that operate the necessary computer hardware and software to secure identification information and to communicate with identity owners **30** and users **20**. In an alternative embodiment, service provider **10** is an automated combination of hardware and software that carries out the operations described herein. By way of non-limiting example, an identity owner **30** can utilize either a computer service provider **10** that is maintained by an outside party or a computer maintained by the identity owner **30** to prevent unauthorized access to identification information (e.g., a human identity owner **30** may, for the purpose of practicing this embodiment, maintain and/or utilize a personal computer as a service provider **10**). In this example, the service provider **10** is a computer, preferably a server, accessible to the identity owner **30** and the user **20** through a communication network that is maintained by the computer. The computer in this example would preferably be programmed to provide responses to user **20** based on input from the user **20** and the identity owner **30**.

Identity owner **30** is preferably an individual, a corporation, or a computer system. Preferably, the identity owner **30**

8

will contact service provider **10** and request that the service provider **10** secure the identity owner's identification information subject to provided constraints. Service provider **10** might, for example, employ a layered technique where the identity owner's raw identification information, such as social security number or other primary identification data, biometric data, address, phone number(s), and other such information, is encrypted in a separately secure layer. With raw identification information secure in a fundamental layer, the service provider **10** can then use an additional layer of security for protecting the encrypted identification information from misuse.

User **20** may be thought of as a credit lender who wants to access the records of repository **11**. User **20** may be, by way of non-limiting example, a credit card company, credit reporting agency, merchant, banking institution, brokerage firm, insurance provider, hospital, medical caregiver, computer, corporation, or family member. User **20** may also in theory be an imposter. In the preferred embodiment, the service provider **10** will implement double-checks and safeguards so as to help protect the identification information from imposters.

User **20** sends identity state requests **111** in response to a triggering event at identity use source **27**. Identity use source **27** sends desired transaction-based information, which preferably would include the identity of source **27** and the amount of the transaction (if a financial-based transaction). Service provider **10** can then respond to user **20** with information or instructions that will determine the next step in the transaction precipitated by the triggering identity use source **27**. In the preferred embodiment, the instructions received by user **20** will properly control the transaction and provide the result desired by identity owner **30** and user **20**.

A non-limiting example of an end-to-end exchange is as follows. For setup, user **20**, which in this example is a credit card company, will have previously given service provider **10** an object template **16**. Object template **16** defines the identification information that user **20** needs in order to process a transaction by source **27**. Identity owner **30** provides service provider **10** with the corresponding identification information through interface **300**, such as a Web page.

At a later point in time, a credit card is offered to complete a transaction at source **27**. Source **27** communicates the details of the transaction, as well as any desired details, to user **20**. User **20** forms an appropriate identity state request **111** and sends it to service provider **10**. Service provider **10** compares the contents of the identity state request with the identity object(s) **12** which describe the intent of identity owner **30** with regard to the particular transaction. Service provider **10** determines whether the transaction is authorized or not, and then send a corresponding identity state response **112** to user **20**. In addition, service provider **10** may release other identification information to user **20** as may be authorized by the identity object(s) **12** within account profile **14**.

In a related example, object template **16** allows an identity owner **30** to set the default status of the credit identification instrument (e.g., the credit card or underlying account) as on or off. In this example, identity owner **30** sets the default of the credit card to "deny," essentially placing the use of the credit card in a lockdown state. If identity owner **30** wants to use the credit card at a particular time, then identity owner **30** can contact service provider **10** via, e.g., the Internet to change identity state **17** at the appropriate time, such as between 12:30 PM and 2:30 PM that day. Identity owner **30** makes the purchase, or not, secure in the knowledge that use of the credit instrument was permitted within that limited two-hour window. Before the window opens, and after it closes, the default

US 8,353,027 B2

9

state is "deny," thus preventing any unauthorized (or even authorized) use outside that window.

User **20** sends identity state request **111** in response to a use of identity at source **27**. By way of non-limiting example, source **27** can be initiated by a person, a credit instrument, an Internet transmission, the identity owner **30**, an imposter, user **20**, or agent **24**. In a credit card example, source **27** may be the point-of-sale terminal through which the credit card is scanned.

In a preferred embodiment, user **20** is a lending institution such as a bank, identity owner **30** is a person, and service provider **10** is a form of company that preferably would use, by way of non-limiting example, electronic methodology such as a computer server to provide a network through which all parties to the transaction can communicate. By way of non-limiting example, the service provider **10** could be a corporation or company whose sole purpose is directed to management of identification information; the service provider **10** could just as well be a credit reporting agency, insurance agency, health agency, or any established entity that has been enabled to practice the invention. Also, by way of non-limiting example, the network may take the form of voice communication (e.g., through telephony or by face-to-face encounter) or an electronic interconnection such as an Internet or intranet Web browser interface, or any wireless or direct interface assisted by a software component such as a client-side application.

In an embodiment, the process may begin when the service provider **10** sets up an object template **16** (e.g., a template that defines the options for an identity owner **30** to establish an account profile **14** to contain its identification information). The process may also begin when a user **20** (e.g., a credit provider) contacts the service provider **10** and sets up an object template **16** (e.g., criteria an identity owner **30** must disclose for a particular transaction, or set of transactions, with that particular user **20** type). Identity owner **30** (Joe E. Patent) establishes an account profile **14** with a service provider **10**. For simplicity, assume that at the end of the process, the following information exists in the database, or repository **11**, of service provider **10**. For example:

Account profile **14** data
Account ID: CACTUS
Account password: flowersforalgernon
Name: Joe E. Patent
Address: 102 Brown Street
Primary identification number: 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

Next, the identity owner **30** protects a credit instrument event. For example, suppose XYZ Corporation provides object template **16** that requires six information fields. Five of the fields are required to "query" the identity state **17** of the identity object **12** (if any), and one field contains the identity state **17** of the identity object **12** last set by the identity owner **30**. For example:

Identity object **12** data
Identity object type: XYZPer
Identity object account suffix: 565787
Identity object account name: Joe E. Patent
Identity object account phone: (555) 716-5555
Identity object account zip: 55555
Identity object state: permit

In the above example, the five data fields can replace the need for use-enabling information, such as, for example, the credit instrument number. However, the information in these fields alone is insufficient to enable the desired use of the identity of identify owner **30**, such that service provider **10** cannot mis-use the identity. The sixth field, "permit", is necessary to illustrate the role of the service provider **10** as a gatekeeper so

10

that an attempted use of the identity of identity owner **30** must pass before user **20** can follow through on the intended use.

If, for example, a credit instrument of identity owner **30** is misplaced, then it is a simple matter for the identity owner **30** to contact the service provider **10** and change identity state **17** of the XYZPer identity object **12** to "deny" until certain that the instrument is not lost. By way of non-limiting example, this can be accomplished by the identity owner **30** accessing interface **300** and making the necessary changes. That layer of security, in addition to the preferred implementation of an outer shell of interface security **200**, as shown in FIG. **5**, and other possible layers of security such as, by way of non-limiting example, encryption methods of identification information, is a preferred benefit to the embodiment.

Continuing the example, a thief attempts to use the XYZ instrument at a merchant agent **24**. This is an attempted use of identity at source **27**, a transaction that implies or directly uses identification information. The merchant communicates the transaction information to user **20**, in this case the XYZ transaction approval network. XYZ generates an appropriate identity state request **111** and sends it to service provider **10**. An example of the contents of the corresponding identity state request **111** is as follows:

---

```
<Identity request>
<Identity object type>XYZPer<Identity object type/>
<Identity object account suffix>565787<Identity object account suffix/>
<Identity object account name>Joe E. Patent<Identity object account name/>
<Identity object account phone>5555555555<Identity object account phone/>
<Identity object account zip>55555<Identity object account zip/>
<Identity request/>
```

---

In this example, with the exception of the primary identification data, nothing exists in the account profile **14** that has any security implication. Note that the primary identification data need not be alphanumeric. There may exist embodiments where it is preferable to include primary identification data that is biometric (fingerprint or retinal image). Once the primary identification data is entered at the time the account profile **14** is created (and indeed, if the data is numeric, it may not be necessary to store the full primary identification number in an implementation of the embodiment), this information is preferably encrypted.

Preferably, the responsibility of sending identity state request **111** to service provider **10** is allocated to the holder of record for account information related directly to the identity use by source **27**. Typically this will be user **20** (XYZ in this example) or a representative of user **20**. Either way, there must be sufficient information to supply data conforming to the identity object template **16** requirements and to positively match the identity objects **12** associated with the identity account profile **14**.

An account profile **14** is accessible to the identity owner **30** either directly with service provider **10** or indirectly though recorder **38**. Through access to the account profile **14**, the identity owner **30** is able to observe, add, delete, and modify its state identity information. Multiple identity objects **12** and/or account profiles **14** may exist for each identity owner **30**.

User **20** establishes the types of identification information to be used in object template **16**, but preferably does not have access to account profile(s) **14** that contain the information itself. Object templates **16** can streamline a transaction by providing advance notice to an identity owner **30** of the spe-

**11**

cific identification information required by the user **20**. Furnishing an identity owner **30** with an object template **16** is preferably accomplished either through one of the recorders **38** of the service provider **10** or by direct input of the object template **16** into the repository **11**.

Referring now to FIG. **4**, an embodiment of service provider **10** is illustrated in detail. Object templates **16**, akin to those described above, allow user **20** to practice proactively. To an extent, the types of identity objects **12** available to identity owner **30** are controlled by user **20** through the creation of object templates **16**. Object templates **16** provide the criteria for identity state request **111**, identity response **112**, and attribution of identity objects **12**. Stated another way, in certain dealings the identity owner **30** can only create personalized identity objects **12** for which users **20** have created object templates **16**. The reason for this is that having the resources available to protect identity are ineffective unless user **20** (those relying on identity to act on behalf of identity owner **30**) are prepared to cooperate with service provider **10**. Preferably, object templates **16** provide user **20** with sufficient control and efficiency that will encourage the cooperation of user **20**.

Identity state **17** is the result of the comparison between identity state request **111** and identity objects **12** input by identity owner **30**. Whenever possible, it is preferable for service provider **10** to provide identity state **17** while avoiding disclosure of extra identification information of an identity owner **30**. In a preferred embodiment of the invention, the service provider **10** accomplishes this through use of an interpreter **18**. On instruction from, for example, user **20**, recorder **38**, identity owner **30**, or a supplier **19** of service provider **10**, interpreter **18** will compare the identity state request **111** and at least one identity object **12** for a particular identity owner **30**. Preferably, interpreter **18** can also compare identity state requests **111** that are formulated based on requirements described by applicable object templates **16**, as well as against criteria set by the identity owner **30**.

By way of non-limiting example, if a merchant user **20** issues an identity state request **111** for a purchase at 3:00 AM and the corresponding identity owner **30** has not authorized such transactions at that hour, then interpreter **18** transmits the identity state response **112** by informing the user **20**, either directly or indirectly through supplier **19**, that the purchase is "denied." Identity state **17** may be based on one or more identity objects **12**; in this case, the identity object **12** must have contained identity attributes **13** such as "at 3:00 AM", "off" or a time period that includes 3:00 AM, designated as "off" (e.g., 2:00 AM-4:00 AM).

Interpreter **18** thus evaluates identity state request **111** against the criteria, rules and requirements contained in the state identity object **12** of the identity owner. After evaluation, interpreter **18** preferably communicates the result of the analysis, either directly or indirectly, to user **20** without disclosing sensitive identification information. Instead, the identity state response **112** only contains the status of a transaction (in this example, the status is the "identity state" **17**) involving identification information. Interpreter **18** and supplier **19** are preferably the entities within service provider **10** with access to state metadata **15**. Interpreter **18** and supplier **19** may be people and/or electronic devices such as computers that implement algorithms designed to assess and interpret an identity state **17** as described herein. Non-limiting examples of potential identity state **17** responses **112** include: permit, deny, not enough information, and permit only for emergency use. By way of non-limiting example, the latter response would exist in a preferred embodiment that included identification information that was medical in nature. An identity

**12**

owner **30** may authorize release of his medical history to known licensed caregivers only in the case of an emergency.

By way of further example, there may be a second object template **16** that defines the requirements for controlling identity relative to acquiring additional credit. In this example, a customer applies for a loan at a federal bank. Here, the customer triggers identity use source **27** (the bank) that initiates the steps described herein. As part of the loan application, the customer represents on the loan application that his primary identification data value is 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. As a matter of course, the Federal Bank would contact a credit reporting agency to obtain a credit worthiness report for the loan applicant. The credit reporting agency (a user **20**) would determine if the loan applicant had an identity account profile **14**. The service provider **10** would have reported the fact that identity owner **30** had such an account in the normal course of business. After discovering the presence of an identity account profile **14** in the credit information of the loan applicant, the credit reporting agency contacts supplier **19** and requests identity state **17**, based on its "new credit" object template **16**, for a customer having a primary identification data value of 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. Interpreter **18**, acting as an agent of service provider **10** as opposed to the credit reporting agency as user **20**, determines identity state **17**. Once found, the "new credit" object template **16** is compared to the corresponding identity object(s) **12**. The interpreter **18** ensures that all fields match.

After noting the account profile number associated with the customer name provided by the bank (Account No. CAC-TUS), interpreter **18** accesses and confirms that the primary identification data value matches the one in the original identity state request **111**. Further examination of identity objects **12** in account profile **14** shows that identity state **17** has been set to "Type—Identity Off". Since no other identity objects **12** exist for this identity owner **30** that supersede this identity state **17**, interpreter **18** informs supplier **19** that identity state **17** is "deny" and, thus, any use of the identification information of identity owner **30** should be denied. Supplier sends this identity state **17** to the credit reporting agency in the manner discussed herein. The credit reporting agency communicates this state to the Federal Bank that requested the loan applicant credit report.

At this point the federal bank knows that one of two situations exists. Either the person applying for the loan forgot to change their identity object **12** before applying for the loan, or the person making the application is trying to fraudulently obtain a loan. If the person is the legitimate identity owner, then the error can be corrected. If the person is an imposter, the fraud is revealed.

Using state metadata **15**, it is possible to determine the identity attribute information **13** of identity owner **30**. The state metadata **15** represents identity attribute information **13** of identity owner **30**. State metadata **15** alteration by identity owner **30** permits control over the state metadata **15** and, thus, bestows an identity owner **30** with control over the use of its identity and identification information.

As seen in FIGS. **5** and **6**, discussed in detail below, identity attributes **13** may be entered directly by identity owners **30** acting on their own behalf as identity recorders **38**. This process may be achieved in person, by phone, wireless device, Web browser or any other device capable of communicating instructions of identity owner **30**.

In another example, identity owner **30** decides to use a credit instrument for a vacation outside the United States, but notes that his account profile **14** prevents use of his identification information outside the United States ("USA Only"). Identity owner **30** accordingly decides to modify his account

13

14

profile **14** through a call to recorder **38**. Recorder **38** will go through one or more security protocols, such as a password check, date of birth, the last four characters of a primary identification data value, etc. The recorder **38** is satisfied that the caller is identity owner **30** of identity account profile **14** CACTUS. Identity owner **30** communicates his intent for use of XYZ credit instrument's transactions to be enabled outside the United States. Identity owner **30** is then asked to supply the last six digits of the account number and the phone number including the area code associated with this credit instrument account.

Service provider **10**, preferably by using an authorized interpreter **18**, examines the existing identity objects **12** to make sure that none of the identity objects **12** already refers to this credit instrument. If no entries exist, recorder **38** inputs an identity object **12** into the repository **11**, "Type—Credit Usage—permit globally, instrument type XYZ Corporation, account suffix 565787, phone 5555555555". This allows usage of the instrument xxxxxx565787 outside the United States. As illustrated in the above example, an identity owner **30** may record identity attributes **13** and transmit these by mail, courier, electronic transmission or voice to recorder(s) **38** acting on the behalf of identity owner **30**.

Storage, transmission, and disclosure of identity objects **12** are configured to resist compromise of the security of the identification information of the identity owner **30**. The fact that identity attributes **13** are a partial representation of the identity object **12** is significant because it prevents the state metadata **15** from containing information that could jeopardize security of the identity owner **30** if breached.

Referring to FIG. **5** an identity owner **30** communicates through a security layer **200** that hinders unauthorized access to the identification information of identity owner **30**. In this embodiment, service provider **10** has a software barrier in the form of a log-in screen interface which requires a username **201** and a password **202**. Referring to FIG. **6**, an identity owner **30** practicing the preferred embodiment can, after successful authorization, access its account profile **14**. Preferably the accessed data appears in a convenient layout, preferably all in one view.

An example of interface **300** is depicted in FIG. **6** as one of many methods of layout for viewing, deleting, adding, and manipulating account profile **14**. Interface **300** is essentially split into four topical sections. The topmost section contains an identity object **12** manipulation workspace **303**. Workspace **303** is the area where identity owner **30** and recorder **38** can access and modify identity objects **12**. Though not granted direct access, it is preferable that user **20** is granted the ability to use supplier **19** to deposit an object template **16** into repository **11** for use by identity owner **30** and/or recorder **38**. It is also possible to give user **20** a more direct, write-only type of access to the repository **11**. In the case of the example illustrated by FIG. **6**, identity owner **30** would only be able to configure an identity object **12** for an XYZ credit instrument if XYZ company had previously provided an object template **16** for this type of financial instrument.

The second area of workspace **303** is the control set **309**. Control set **309** is where either identity owner **30** or recorder **38** (at the behest of the identity owner **30**) can manipulate identity objects **12**. By way of non-limiting example, the identity attribute **13** "Parking Space 3R" can be set to "deny Crystal McCity access to location information." By way of further non-limiting example, this portion of workspace **303** is where identity objects **12** and identity attributes **13**, such as "1 transaction per day", can be added to, for example, identity attribute **13** "bank account withdrawals" to form an identity object **12** that places a limit on the number of transactions for a particular bank account per day.

The bottommost two sections **320**, **330** consist of one section that has two distinct portions, and it may have a name such as Recent Activity Monitor or Transaction Notification **330**. In this section, it is possible for identity owner **30** or interpreter **18** (at the behest of identity owner **30**), to monitor use of various identity-related activities such as credit instrument usage, or, as seen in FIG. **6**, passport usage **330**. After entering the appropriate data **390** in the Name Set Add/Modify field **320**, the data is used to create an identity object **12** representing a name and address related to the account profile **14**. The name of this set can act as a short form reference to a particular name and address and help the user avoid the re-entry of name and address data for identity assets sharing common attributes. Field **330** is illustrative of how the identity owner **30** and/or the authorities have a tool with which to track usage of such things as passports, credit instruments, ID tags, or even keys/keyinstruments to buildings.

Another embodiment of the invention applies to brokerage firms and investors. Identity owner **30** is again an entity, human or otherwise, capable of making investments in securities. User **20** is a brokerage firm. Service provider **10** maintains its function as an entity that can, but need not, encrypt and store the most fundamental and sensitive data in a separately secure layer. Similar to the steps disclosed above, this embodiment affords preventative security against misuse of any investment account.

Although the above-mentioned embodiments have been predominantly described in terms of financial transactions, the invention is not so limited. For example, FIG. **6** depicts how certain embodiments can be used to determine the details surrounding the identification information use for a passport. Each occurrence of the passport usage is listed. A transaction notification **330** is optional but can be a useful tool allowing the identity owner **30** to monitor the use of identification information. Indeed, it implicates, essentially, other embodiments that can be used in law enforcement.

Another non-financial use is monitoring of an identifying building access key, key instrument, or any locating device and is not limited to building area entry and exit monitoring. Such use would allow the system to track the location of the occupants of a building based on where they last used their key. This could be life saving in an emergency or, on the other hand, help the security or management of a building discern likely suspects after discovery of an unscrupulous act.

Another non-financial use is the protection of data that is medical in nature. Food allergies and diseases such as diabetes are non-limiting examples of such medical information that an identity owner **30** would not want accessed by anyone other than, for example, a licensed medical professional or licensed medical professional organization. Such systems provide, on a consistent, easily transferable basis, information as might be required as part of standard service industry entity (e.g., dentists, physicians, veterinarians, schools) registration procedures, such information and name, address, and contact information.

In a law enforcement embodiment, identity owner **30** is operating with the cooperation of or under the control of law enforcement. In this embodiment, certain "zones" may be set up relative to the person's identity. For example, a sex offender may not be able to leave the local jurisdiction, or someone under house arrest cannot leave the home. Flags can be set up in object template **16** or related operations that monitor use of identity and alert law enforcement if the use is for a prescribed activity or in a prescribed area.

US 8,353,027 B2

15

It is noted that the foregoing examples have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the present invention. While the present invention has been described with reference to certain embodiments, it is understood that the words which have been used herein are words of description and illustration, rather than words of limitation. Changes may be made, within the purview of the appended claims, as presently stated and as amended, without departing from the scope and spirit of the present invention in its aspects. Although the present invention has been described herein with reference to particular means, materials and embodiments, the present invention is not intended to be limited to the particulars disclosed herein; rather, the present invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims.

What is claimed is:

**1**. A method of protecting use of an entity's identity when the entity attempts to use the identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

receiving, at a service provider, information regarding the attempted use of the entity's identity, the information being insufficient in and of itself to execute the attempted use of the identity;

determining, at the service provider, whether the attempted use of the entity's identity is consistent with at least one pre-registered condition;

sending, from the service provider, a decision based on the determining;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used; and

wherein the service provider lacks sufficient data to execute the attempted use of the identity.

**2**. The method of claim **1**, wherein the at least one pre-registered condition comprises at least one of allowance of use, limitation of use, expansion of use, denial of use, or insufficient information to make a determination.

**3**. The method of claim **1**, wherein the attempted use of the identity comprises entering information from a credit card or a debit card to facilitate a financial transaction, and the user is a company account holder of record of the credit card or debit card.

**4**. The method of claim **1**, wherein the attempted use of the identity comprises making a request to access medical records of the entity at a health-care related organization.

**5**. The method of claim **1**, wherein the attempted use of the identity comprises making a request for a loan from a lender.

**6**. The method of claim **1**, wherein the attempted use of the identity comprises accessing a secure location from a security company.

**7**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

receiving, at a service provider, a set of desired identification information parameters from a user;

obtaining, at the service provider, information from the entity consistent with the set, the information including at least one pre-determined condition defined by the entity;

storing, at the service provider, the information provided by the obtaining;

receiving, at the service provider, a request to authorize use of the entity's identity;

using, at the service provider, at least some of the at least one pre-determined condition and at least some of the

16

information provided in the obtaining to respond to the request to authorize a use of the identity of the entity;

wherein third parties other than the service provider, the entity and authorized agents do not have direct access to the information from the entity from the obtaining and subject to the storing;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used.

**8**. The method of claim **7**, wherein the set comprises at least one of the entity's name, address, telephone number, personal identification number or biometric data.

**9**. The method of claim **7**, wherein the use of the identity of the entity cannot be authorized absent permission from the service provider.

**10**. The method of claim **9**, wherein the service provider cannot provide the permission unless consistent with the intent of the entity as reflected in the results of the obtaining.

**11**. A method of protecting use of an entity's identity, the method being executed on electronic computer hardware in combination with software, the method comprising:

storing, at a service provider, data representing first identification information of an entity, and at least one entity defined criteria capable of limiting the use of the identity;

receiving, at a service provider, a request to determine whether the use of an entity's identity by a party is authorized for a requested application, the request including second identification information;

comparing at least some of the first identification information with at least some of the second identification information;

first determining whether the request is consistent with at least one pre-determined condition;

second determining, based at least partially on a result of the comparing and the first determining, whether received request represents an authorized use of the entity's identity for a particular application; and

transmitting information consistent with the result of the determining;

wherein the at least one pre-registered condition defines at least one circumstance under which the identity can be used; and

wherein the service provider lacks sufficient information to execute the attempted use of the identity.

**12**. The method of claim **11**, wherein the transmitting further comprises sending a response, the response indicating one of allowance of use, denial of use, or insufficient information to make a determination.

**13**. The method of claim **11**, further comprising receiving the data representing the first identification information and the identity use criteria.

**14**. The method of claim **11**, wherein the receiving or transmitting further comprises receiving or transmitting through a Web page, customer service representative, switched wired network, wireless network, in person, or any of combination thereof.

**15**. The method of claim **1**, wherein the attempting precedes the determining.

**16**. The method of claim **11**, wherein the use of an entity's identity precedes the comparing.

**17**. The method of claim **11**, wherein the set of desired identification information parameters defines blank information fields, and the obtaining further comprises populating the blank information fields based on the information from the entity.

US 8,353,027 B2

**17**

**18**. The method of claim **1**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

**19**. The method of claim **7**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

**20**. The method of claim **11**, wherein the entity is at least one individual, and the entities' identity is thus the identity of the at least one individual.

**21**. The method of claim **1**, wherein the service provider cannot execute use of the identity from the information.

**22**. The method of claim **7**, wherein the service provider cannot execute use of the identity based on the contents of the request.

**23**. The method of claim **11**, wherein the service provider cannot execute use of the identity based on the contents of the request.

**18**

**24**. The method of claim **1**, wherein the attempt use of the identity is for an underlying transaction, and the decision does not authorize the underlying transaction.

**25**. The method of claim **7**, wherein the request to authorize use of the identity is for an underlying transaction, and the response to the request does not authorize the underlying transaction.

**26**. The method of claim **11**, wherein the request to authorize use of the identity is for an underlying transaction, and the transmitting information does not authorize the underlying transaction.

**27**. The method of claim **1**, wherein the service provider is independent form and remote from the entity.

**28**. The method of claim **7**, wherein the service provider is independent form and remote from the entity.

**29**. The method of claim **11**, wherein the service provider is independent form and remote from the entity.

\* \* \* \* \*