UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Mantissa Corporation,** : | |
| : | |
|     **Plaintiff,** : | |
| : | Civil Action No. 4:15-cv-01133 |
| v. : | |
| : | Magistrate Judge Dena Hanovice Palermo |
| **Ondot Systems, Inc., Lone Star** : | |
| **National Bank, and Lone Star** : | **JURY DEMANDED** |
| **National Bancshares-Texas, Inc.,** : | |
| : | |
|     **Defendants.** : | |

## MANTISSA CORPORATION'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Mantissa Corporation, Plaintiff in the above named case, appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Memorandum Opinion entered August 10, 2017 "conclud[ing] that the asserted claims of the patents-in-suit are not eligible for patent protection under § 101" and granting "summary judgment in favor of Defendants" Ondot Systems, Inc., Lone Star National Bank, and Lone Star National Bancshares-Texas, Inc. ("Defendants") (D.E. 119, p. 37);

2. Final Judgment entered August 10, 2017 dismissing the case with prejudice in favor of Defendants. and against Plaintiff Mantissa Corporation (D.E. 120); and

3. Any other judgments, orders, legal conclusions, opinions, findings, or discovery or other rulings adverse to Plaintiff.

Date: September 7, 2017                         Respectfully submitted,


  */s/ John Demarco*
John Demarco (Attorney-in-charge)
Texas State Bar No. 24062336
Young Basile Hanlon & MacFarlane, P.C.
700 Milam St., Suite 1300
Houston, TX 77002
832-871-5058 Telephone
248-649-3338 Facsimile
demarco@youngbasile.com

-and-

  */s/* Kenneth A Godlewski
Kenneth A Godlewski (*Pro hac vice*)
Hunter Taubman Fischer LLC
1201 15th Street, NW, Suite 200
Washington, DC 20005
202-704-5860 Telephone
202-659-2697 Facsimile
kgodlewski@htflawyers.com

*Counsel for Plaintiff Mantissa Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 7, 2017, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: */s/ John Demarco*
John Demarco